# EXHIBIT A

Orange County
Kelly A. Eskew, County Clerk
Printed:  04/10/2023 05:09:49 PM

Instr #:        19910055854
Book/Page:      3460 / 199

Rec Date:       06/24/1991  00:00:00
Doc Grp/Desc:   D / DEED (R)

OR Party:       SOUDANI MOUTZ F

EE Party:       SOUDANI EMAN F


Amount:         $0.00

Remarks:        42, 309-3-10

# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
### (This Page is Part of the Instrument)

LOT 10   BLOCK 3   SECTION 309

PRINT OR TYPE: BLACK INK ONLY

MOUT'Z F. SOUDANI

TO

EMAN F. SOUDANI

RECORD AND RETURN TO:
(Name and Address)

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH
RECORDED INSTRUMENT ONLY.

MS. EMAN F. SOUDANI

R. D. 1, BOX 618, BAILEY ROAD

MONTGOMERY, NY 12549

DO NOT WRITE BELOW THIS LINE

CONTROL NO. __55854__  DATE __6-21-91__  AFFIDAVIT FILED _____ 19 _____

INSTRUMENT TYPE: DEED __✓__ MORTGAGE _____ SATISFACTION _____ ASSIGNMENT _____ OTHER _____

| | | |
|---|---|---|
| BG20 | Blooming Grove | _____ |
| CH22 | Chester | _____ |
| CO24 | Cornwall | _____ |
| CR26 | Crawford | _____ |
| DP28 | Deerpark | _____ |
| GO30 | Goshen | _____ |
| GR32 | Greenville | _____ |
| HA34 | Hamptonburgh | _____ |
| HI36 | Highland | _____ |
| MK38 | Minisink | _____ |
| ME40 | Monroe | _____ |
| MY42 | Montgomery | ✓ |
| MH44 | Mount Hope | _____ |
| NT46 | Newburgh (T) | _____ |
| NW48 | New Windsor | _____ |
| TU50 | Tuxedo | _____ |
| WL52 | Wallkill | _____ |
| WK54 | Warwick | _____ |
| WA56 | Wawayanda | _____ |
| WO58 | Woodbury | _____ |
| MN09 | Middletown | _____ |
| NC11 | Newburgh | _____ |
| PJ13 | Port Jervis | _____ |
| 9999 | Hold | _____ |

SERIAL NO. _____

Mortgage Amount $ _____

Exempt  Yes _____ No _____

3-6 Cooking Units  Yes _____ No _____

Received Tax on above Mortgage

Basic    $ _____

MTA    $ _____

Spec. Add. $ _____

TOTAL   $ _____

CHECK ✓  CASH ___  CHARGE ___

MORTGAGE TAX  $ _____

TRANSFER TAX  $ __E__

RECORD. FEE  $ __17__   5-

REPORT FORMS  $ __5-__

CERT. COPIES  $ _____

MARION S. MURPHY
Orange County Clerk

by: _____

ORANGE COUNTY CLERK'S OFFICE S.S.
Recorded on the __24th__ day of
__June__ 19 __91__ at __10:42__
O'Clock __A__ M. in Liber/Film __3460__
Deed at page __199__ and examined.

Marion S. Murphy
County Clerk

RECEIVED
$ E
REAL ESTATE
JUN 24 1991
TRANSFER TAX
ORANGE COUNTY

LIBER 3460 PAGE 199

ORG 06/24/91 10:42:25  26611      22.00
***** EDUCATION FUND:      5.00 *****
DEED CONTROL NO: 55854       .00 *
****** SERIAL NUMBER:  007094 ******

A 291   Standard N.Y.B.T.U. Form 8007
Bargain & sale deed, with covenant against grantor's acts—Ind. or Corp.   DATE CODE   JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY**

**THIS INDENTURE,** made the 21ˢᵗ day of   June   , nineteen hundred and ninety-one,

**BETWEEN**   MOUT'Z F. SOUDANI, residing at R. D. 1, Box 618, Bailey Road, Montgomery, New York 12549,

party of the first part, and   EMAN F. SOUDANI, residing at R. D. 1, Box 618, Bailey Road, Montgomery, New York 12549,

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of   ------------------------

------------------------TEN ($10.00)------------------------- dollars,

lawful money of the United States,   and other good and valuable consideration   paid

by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or

successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate,

lying and being in the   Village of Walden, Town of Montgomery, County of Orange and State of New York, bounded and described as follows:

Sec. 309

Blk.   3

Lot   10

BEGINNING at a point at the intersection of the southerly line of West Main Street and the westerly line of Walnut Street; running thence from said point of beginning South 5 degrees 11 1/2 minutes West 90.00 feet, along the line of Walnut Street, to the most easterly corner of lands of Davis (D.L. 1974 P. 125); thence North 85 degrees 09 minutes West 59.50 feet, along the line of said Davis, to the most southerly corner of lands of Levenson (D.L. 2134 P. 533); thence North 5 degrees 11 1/2 minutes East 90.00 feet, along the line of said Levenson, to a point on the southerly line of said West Main Street, thence South 85 degrees 09 minutes East 59.90 feet, along the line of said West Main Street, to the point or place of beginning.

SUBJECT to the rights of the adjoining property owners to the use of a strip of land 4 feet wide in the southerly bounds of the above described premises and with the right and privilege to the party of the second part, his heirs, executors, and administrators of using a strip of land 4 feet wide on the northerly bounds of the lands now or formerly of Caroline Van Osdall as a driveway, alleyway or passage 8 feet wide in in and to the rear of the above described premises, said alleyway, driveway or passage being set forth and described in a deed dated July 2, 1912, John C. Seymour to Caroline Van Osdall and recorded in the Orange County Clerk's Office in Book 534 at page 196.

IT is hereby stipulated and agreed by and between the parties hereto that a passageway or alleyway 3 feet in width shall be maintained from Main Street in a southerly direction on and over the westerly line of the above described premises and the easterly line

LIBER 3460 PAGE 200

of the premises of the party of the first part 1 1/2 feet of
such passageway or alley to be over the said westerly line of the
above described premises and 1 1/2 feet to be over the said
easterly line of the premises of the party of the first part, said
alley or passageway to be used in common by the parties hereto,
their heirs and assigns forever.

BEING and intended to be the same premises conveyed by
deed dated January 7, 1985, from Michael Schwartz, Referee, to
Mout'z F. Soudani and recorded in the Orange County Clerk's Office
on January 15, 1985, in Liber 2317 of Deeds at page 197.

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

**TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been incumbered in any way whatever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

MOUT'Z F. SOUDANI

LIBER 3460 PAGE 202

| STATE OF NEW YORK, COUNTY OF ORANGE ss: | STATE OF NEW YORK, COUNTY OF ss: |
|---|---|
| On the 21ˢᵗ day of June 19 91, before me personally came | On the day of 19 , before me personally came |
| MOUT'Z F. SOUDANI | |
| to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same. | to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that executed the same. |

*Christel Z. Johnson*

CHRISTEL Z. JOHNSON
Notary Public, State of New York
Qualified in Ulster County, N.Y.
No. 4800872
Commission Expires 7/31 19 92

| STATE OF NEW YORK, COUNTY OF ss: | STATE OF NEW YORK, COUNTY OF ss: |
|---|---|
| On the day of 19 , before me personally came to me known, who, being by me duly sworn, did depose and say that he resides at No. | On the day of 19 , before me personally came the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he resides at No. ; |
| that he is the of , the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h name thereto by like order. | that he knows to be the individual described in and who executed the foregoing instrument; that he, said subscribing witness, was present and saw execute the same; and that he, said witness, at the same time subscribed h name as witness thereto. |

**Bargain and Sale Deed**
With Covenant Against Grantor's Acts

Title No.

MOUT'Z F. SOUDANI

TO

EMAN F. SOUDANI

| | |
|---|---|
| SECTION | 309 |
| BLOCK | 3 |
| LOT | 10 |
| COUNTY OR TOWN | TOWN OF MONTGOMERY COUNTY OF ORANGE |

RETURN BY MAIL TO:

MS. EMAN F. SOUDANI

R. D. 1, BOX 618, BAILEY ROAD

MONTGOMERY, NY   Zip No. 12549

*Reserve this space for use of Recording Office.*

LIBER 3460 PAGE 203

Orange County
Kelly A. Eskew, County Clerk
Printed:  04/10/2023 05:09:50 PM

Instr #:        19910055852
Book/Page:      3460 / 191

Rec Date:       06/24/1991  00:00:00
Doc Grp/Desc:   D / DEED (R)

OR Party:       SOUDANI MOUTZ F

EE Party:       SOUDANI EMAN F


Amount:         $0.00

Remarks:        11, 13-3-45

# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
### (This Page is Part of the Instrument)

PRINT OR TYPE: BLACK INK ONLY

LOT 45

MOUT'Z F. SOUDANI

TO

BLOCK 3

EMAN F. SOUDANI

SECTION 13

**ATTACH THIS SHEET TO THE FIRST PAGE OF EACH RECORDED INSTRUMENT ONLY.**

DO NOT WRITE BELOW THIS LINE

RECORD AND RETURN TO:
(Name and Address)

MS. EMAN F. SOUDANI

R. D. 1, BOX 618, BAILEY ROAD

MONTGOMERY, NY  12549

CONTROL NO. 55852   DATE 6-21-91   AFFIDAVIT FILED _____ 19 ____

INSTRUMENT TYPE: DEED ✓  MORTGAGE _____ SATISFACTION _____ ASSIGNMENT _____ OTHER _____

| | | |
|---|---|---|
| BG20 Blooming Grove _____ | SERIAL NO. _____ | CHECK ✓ CASH ___ CHARGE ___ |
| CH22 Chester _____ | | |
| CO24 Cornwall _____ | Mortgage Amount $ _____ | |
| CR26 Crawford _____ | Exempt  Yes _____  No _____ | MORTGAGE TAX  $ _____ |
| DP28 Deerpark _____ | 3-6 Cooking Units  Yes _____ No _____ | TRANSFER TAX  $ E |
| GO30 Goshen _____ | | |
| GR32 Greenville _____ | Received Tax on above Mortgage | |
| HA34 Hamptonburgh _____ | Basic     $ _____ | |
| HI36 Highland _____ | | RECORD. FEE  $ 17- |
| MK38 Minisink _____ | MTA      $ _____ | |
| ME40 Monroe _____ | | REPORT FORMS  $ 5- |
| MY42 Montgomery _____ | Spec. Add. $ _____ | |
| MH44 Mount Hope _____ | TOTAL   $ _____ | CERT. COPIES  $ _____ |
| NT46 Newburgh (T) _____ | | |
| NW48 New Windsor _____ | | |
| TU50 Tuxedo _____ | MARION S. MURPHY | |
| WL52 Wallkill _____ | Orange County Clerk | Rosenwasser |
| WK54 Warwick _____ | | |
| WA56 Wawayanda _____ | by: _____ | |
| WO58 Woodbury _____ | ORANGE COUNTY CLERK'S OFFICE S.S. | |
| MN09 Middletown ✓ | Recorded on the 24th day of | RECEIVED |
| NC11 Newburgh ✓ | June 19 91 at 10:42 | N $ E |
| PJ13 Port Jervis _____ | O'Clock A M. in Liber/Film 3460 | REAL ESTATE |
| 9999 Hold _____ | Deed at page 191 and examined. | JUN 24 1991 |
| | Marion S. Murphy | TRANSFER TAX |
| | County Clerk | ORANGE COUNTY |

LIBER 3460 PAGE 191

```
ORG 06/24/91 10:42:21  26611     22.00

***** EDUCATION FUND:      5.00 *****

DEED CONTROL NO: 55852        .00 *
****** SERIAL NUMBER:  007092 ******
```

A 291

Standard N.Y.B.T.U. Form 8097
Bargain & sale deed, with covenant against grantor's acts—Ind. or Corp.

JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY**

**THIS INDENTURE,** made the 21ˢᵗ day of    June    , nineteen hundred and  ninety-one,

**BETWEEN**   MOUT'Z F. SOUDANI, residing at R. D. 1, Box 618, Bailey

Road, Montgomery, New York 12549,

party of the first part, and   EMAN F. SOUDANI, residing at R. D. 1, Box 618,

Bailey Road, Montgomery, New York 12549,

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of  -----------------------

----------------------TEN ($10.00)------------------------- dollars,

lawful money of the United States,  and other good and valuable consideration  paid

by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or

successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate,

lying and being in the  City of Newburgh, County of Orange and State of
New York, and being known as Lot #2 as found on a map entitled
"Subdivision of Lands for Mout'z F. Soudani", said map to be
filed in the Orange County Clerk's Office, bounded and described
as follows:

　　BEGINNING at a point on the Westerly side of Old South Plank
Road, said point marking the Southerly division line of the here-
in described parcel and the Northerly line of lands now or formerly
Arneaux Realty Corp. (Lot #3, Filed Map #6273) running thence
Westerly along the same, South 65-04-25 West 95.00 feet, South
15-12-33 West 35.84 feet and South 64-01-38 West 125.00 feet to a
point marking the Westerly division line of the herein described
parcel and the Easterly line of DuPont Avenue, running thence
Northerly along the same, North 45-28-22 West 235.00 feet to a
point marking the Northerly division line of the herein described
parcel and the Southerly line of lands now or formerly Gerard
Macri & Mario Batelic (Lot #1, Filed Map #6273) running thence
along the same, North 44-31-38 East 95.00 feet and South 80-28-18
East 128.62 feet, thence leaving said Gerard Macri & Mario Batelic's
Southerly line and running along a proposed new division line, South
25-36-26 East 116.43 feet to a point, thence North 64-13-23 East
105.42 feet to a point on the Westerly side of the aforementioned
Old South Plank Road, running thence along the same, South 32-25-35
East 48.12 feet and South 23-55-35 East 27.00 feet to the point or
place of beginning;

　　EXCEPTING therefrom all that certain plot, piece or parcel of
land, situate, lying and being in the City of Newburgh, County of
Orange and State of New York and being known as Lot #2A as found
on a map entitled "Subdivision of Lands for Mout'z F. Soudani",
said map filed in the Office of the Orange County Clerk on May 16,
1986 as Map No. 7634, bounded and described as follows:

　　BEGINNING at a point on the Westerly side of Old South Plank
Road, said point marking the proposed Southerly division line of
the herein described parcel and the proposed Northerly line of
Lot #2 (Subdivision of Lands for Mout'z F. Soudani) running thence

Sec.    13

Blk.     3

Lot    45

LIBER 3460 PAGE 192

Westerly along the same, South 64-13-23 West 105.42 feet to a point marking the Westerly division line of the herein described parcel, running thence Northerly along the same, North 25-36-26 West 116.43 feet to a point marking the Northerly division line of the herein described parcel and the Southerly line of lands now or formerly Gerard Macri and Mario Batelic, (Lot #1, Filed Map #6273) running thence along the same, South 80-28-18 East 98.66 feet to a point on the Westerly side of the aforementioned Old South Plank Road, running thence along the same, South 32-25-35 East 89.42 feet to the point or place of beginning.

CONTAINING 0.23 acres of land more or less.

BEING and intended to be the same premises conveyed by deed dated April 10, 1985, from The Creek Industrial Center, Inc., to Mout'z F. Soudani and recorded in the Orange County Clerk's Office on April 17, 1985, in Liber 2349 of Deeds at page 136.

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

**TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been incumbered in any way whatever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

In presence of:

MOUTZ/F. SOUDANI

LIBER **3460** PAGE **194**

**STATE OF NEW YORK, COUNTY OF** ORANGE ss:

On the 21st day of June, 19 91, before me personally came

MOUT'Z F. SOUDANI

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

*Christel Z. Johnson*

CHRISTEL Z. JOHNSON
Notary Public, State of New York
Qualified in Ulster County, N.Y.
No. 4800872
Commission Expires 7/31 19 91

**STATE OF NEW YORK, COUNTY OF** ss:

On the day of 19 , before me personally came

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that executed the same.

---

**STATE OF NEW YORK, COUNTY OF** ss:

On the day of 19 , before me personally came
to me known, who, being by me duly sworn, did depose and say that he resides at No. ;

that he is the
of
, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h name thereto by like order.

**STATE OF NEW YORK, COUNTY OF** ss:

On the day of 19 , before me personally came
the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he resides at No. ;

that he knows

to be the individual described in and who executed the foregoing instrument; that he, said subscribing witness, was present and saw execute the same; and that he, said witness, at the same time subscribed h name as witness thereto.

---

### Bargain and Sale Deed
WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE No.

MOUT'Z F. SOUDANI

TO

EMAN F. SOUDANI

| | |
|---|---|
| SECTION | 13 |
| BLOCK | 3 |
| LOT | 45 |
| COUNTY OR TOWN | COUNTY OF ORANGE |
| | CITY OF NEWBURGH |

**RETURN BY MAIL TO:**

MS. EMAN F. SOUDANI

R. D. 1, BOX 618, BAILEY ROAD

MONTGOMERY, NY   Zip No. 12549

*Reserve this space for use of Recording Office.*

LIBER **3460** PAGE **195**

Orange County
Kelly A. Eskew, County Clerk
Printed:  04/10/2023 05:09:50 PM

Instr #:       19910055853
Book/Page:     3460 / 196

Rec Date:      06/24/1991  00:00:00
Doc Grp/Desc:  D / DEED (R)

OR Party:      SOUDANI MOUTZ F

EE Party:      SOUDANI EMAN F

Amount:        $0.00

Remarks:       42, 13-3-28

# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
### (This Page is Part of the Instrument)

PRINT OR TYPE: BLACK INK ONLY

LOT 28   BLOCK 3   13   SECTION

MOUT'Z F. SOUDANI

TO

EMAN F. SOUDANI

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH
RECORDED INSTRUMENT ONLY.

RECORD AND RETURN TO:
(Name and Address)

MS. EMAN F. SOUDANI

R. D. 1, BOX 618, BAILEY ROAD

MONTGOMERY, NY   12549

DO NOT WRITE BELOW THIS LINE

CONTROL NO. __55853__  DATE _6-21-91_  AFFIDAVIT FILED _____ 19 ____

INSTRUMENT TYPE: DEED ✓  MORTGAGE _____ SATISFACTION _____ ASSIGNMENT _____ OTHER _____

| | | |
|---|---|---|
| BG20 | Blooming Grove | _____ |
| CH22 | Chester | _____ |
| CO24 | Cornwall | _____ |
| CR26 | Crawford | _____ |
| DP28 | Deerpark | _____ |
| GO30 | Goshen | _____ |
| GR32 | Greenville | _____ |
| HA34 | Hamptonburgh | _____ |
| HI36 | Highland | _____ |
| MK38 | Minisink | _____ |
| ME40 | Monroe | _____ |
| MY42 | Montgomery | ✓ |
| MH44 | Mount Hope | _____ |
| NT46 | Newburgh (T) | _____ |
| NW48 | New Windsor | _____ |
| TU50 | Tuxedo | _____ |
| WL52 | Wallkill | _____ |
| WK54 | Warwick | _____ |
| WA56 | Wawayanda | _____ |
| WO58 | Woodbury | _____ |
| MN09 | Middletown | _____ |
| NC11 | Newburgh | _____ |
| PJ13 | Port Jervis | _____ |
| 9999 | Hold | _____ |

SERIAL NO. _____

Mortgage Amount $ _____

Exempt   Yes _____   No _____

3-6 Cooking Units   Yes _____ No _____

Received Tax on above Mortgage

Basic   $ _____

MTA   $ _____

Spec. Add. $ _____

TOTAL   $ _____

CHECK ____ CASH ____ CHARGE ____

MORTGAGE TAX   $_____

TRANSFER TAX   $ _E_

RECORD. FEE   $ _11-_

REPORT FORMS   $ _5-_

CERT. COPIES   $_____

MARION S. MURPHY
Orange County Clerk

by: _____

Rosenwasser

ORANGE COUNTY CLERK'S OFFICE S.S.
Recorded on the _24th_ day of
_June_ 19 _91_ at _10:42_
O'Clock _A_ M. in Liber/Film _3460_
_Deed_ at page _196_ and examined.

_Marion S. Murphy_
County Clerk

RECEIVED
$ _E_
REAL ESTATE
**JUN 2 4 1991**
TRANSFER TAX
ORANGE COUNTY

LIBER **3460** PAGE **196**

ORG 06/24/91 10:42:23  26611  16.00

***** EDUCATION FUND:  5.00 *****

DEED CONTROL NO: 55853  .00 *

****** SERIAL NUMBER:  007093 ******

T 691   Standard N.Y.B.T.U. Form 8002: Bargain & sale deed,
with covenant against grantor's acts—Ind. or Corp.: single sheet                JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY**

**THIS INDENTURE,** made the 21ˢᵀ day of    June    , nineteen hundred and ninety-one,

**BETWEEN**   MOUT'Z F. SOUDANI, residing at R. D. 1, Box 618, Bailey

Road, Montgomery, New York 12549,

party of the first part, and   EMAN F. SOUDANI, residing at R.D. 1, Box 618,

Bailey Road, Montgomery, New York 12549,

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the   Town of Montgomery, County of Orange and State of New York, bounded and described as follows:

Sec. 13

Blk.  3

Lot  28

   BEGINNING at a point in the northwesterly line of Bailey Road, said point being the most southerly corner of the herein described lot, thence:  1)  North 59 degrees 00' 00" West, 381.45 feet along lands now or formerly of Fink and lands now or formerly of Rains to an iron pipe, thence:  2)  North 55 degrees 22' 00" East, 146.39 feet along a box wire fence and lands of the Consolidated Railroad Company, Inc., thence:  3)  South 59 degrees 00' 00" East, 364.10 feet along lands now or formerly of Copra, thence:  4)  South 48 degrees 44' 00" West, 140.00 feet along the northwesterly line of Bailey Road to the point of beginning.

   BEING and intended to be the same premises conveyed to Mout'z F. Soudani by deed dated November 20, 1981, and recorded in the Orange County Clerk's Office on December 29, 1981, in Liber 2212 of Deeds at page 754.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

LIBER 3460 PAGE **197**

*Mout'z Soudani*
MOUT'Z F. SOUDANI

STATE OF NEW YORK, COUNTY OF     ORANGE          ss:

On the 21ST day of     June,          1991, before me
personally came

MOUT'Z F. SOUDANI

to me known to be the individual     described in and who
executed the foregoing instrument, and acknowledged that
he   executed the same.

Christel Z. Johnson

CHRISTEL Z. JOHNSON
Notary Public, State of New York
Qualified in Ulster County, N.Y.
No. 4800872
Commission Expires 7/31 19 91

STATE OF NEW YORK, COUNTY OF                    ss:

On the     day of          19   , before me
personally came

to me known to be the individual     described in and who
executed the foregoing instrument, and acknowledged that
executed the same.

---

STATE OF NEW YORK, COUNTY OF               ss:

On the     day of          19   , before me
personally came
to me known, who, being by me duly sworn, did depose and
say that   he resides at No.

                                             ;
that   he is the
of
                    , the corporation described
in and which executed the foregoing instrument; that   he
knows the seal of said corporation; that the seal affixed
to said instrument is such corporate seal; that it was so
affixed by order of the board of directors of said corpora-
tion, and that   he signed h   name thereto by like order.

STATE OF NEW YORK, COUNTY OF               ss:

On the     day of          19   , before me
personally came
the subscribing witness to the foregoing instrument, with
whom I am personally acquainted, who, being by me duly
sworn, did depose and say that   he resides at No.

                                             ;
that   he knows

                                   to be the individual
described in and who executed the foregoing instrument;
that   he, said subscribing witness, was present and saw
execute the same; and that   he, said witness,
at the same time subscribed h   name as witness thereto.

---

**Bargain and Sale Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE No.

MOUT'Z F. SOUDANI

                    TO

EMAN F. SOUDANI

| | |
|---|---|
| SECTION | 13 |
| BLOCK | 3 |
| LOT | 28 |
| COUNTY OR TOWN | TOWN OF MONTGOMERY |
| | COUNTY OF ORANGE |

RETURN BY MAIL TO:

MS. EMAN F. SOUDANI

R. D. 1, BOX 618, BAILEY ROAD

MONTGOMERY, NY     Zip No.   12549

LIBER 3460 PAGE 198

*Reserve this space for use of Recording Office.*



## ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
### THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

*(ORANGE COUNTY NEW YORK seal)*

TYPE NAME(S) OF PARTY(S) TO DOCUMENT: BLACK INK

> EMAN F. SOUDANI
>
> TO
>
> MOUT'Z F. SOUDANI

SECTION __13__ BLOCK __3__ LOT __45__

RECORD AND RETURN TO:
(Name and Address)

> BRANDON OZMAN, ESQ
> 130 W. MAIN ST
> WALDEN, N.Y. 12586

THERE IS NO FEE FOR THE RECORDING OF THIS PAGE

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH

RECORDED INSTRUMENT ONLY

### DO NOT WRITE BELOW THIS LINE

INSTRUMENT TYPE:  DEED __✓__  MORTGAGE ____  SATISFACTION ____  ASSIGNMENT ____  OTHER ____

**PROPERTY LOCATION**

| | | |
|---|---|---|
| ___ 2089 BLOOMING GROVE (TN) | ___ 4289 MONTGOMERY (TN) | NO. PAGES __4__   CROSS REF ____ |
| ___ 2001  WASHINGTONVILLE (VLG) | ___ 4201  MAYBROOK (VLG) | CERT. COPY ____   AFFT / ____ |
| ___ 2289 CHESTER (TN) | ___ 4203  MONTGOMERY (VLG) | |
| ___ 2201  CHESTER (VLG) | ___ 4205  WALDEN (VLG) | PAYMENT TYPE: CHECK __/__ |
| ___ 2489 CORNWALL (TN) | ___ 4489 MOUNT HOPE (TN) | CASH ____ |
| ___ 2401  CORNWALL (VLG) | ___ 4401  OTISVILLE (VLG) | CHARGE ____ |
| ___ 2600 CRAWFORD (TN) | ___ 4600 NEWBURGH (TN) | NO FEE ____ |
| ___ 2800 DEERPARK (TN) | ___ 4800 NEW WINDSOR (TN) | |
| ___ 3089 GOSHEN (TN) | ___ 5089 TUXEDO (TN) | CONSIDERATION $ __0__ |
| ___ 3001  GOSHEN (VLG) | ___ 5001  TUXEDO PARK (VLG) | TAX EXEMPT ____ |
| ___ 3003  FLORIDA (VLG) | ___ 5200 WALLKILL (TN) | |
| ___ 3005  CHESTER (VLG) | ___ 5489 WARWICK (TN) | MORTGAGE AMT $ ____ |
| ___ 3200 GREENVILLE (TN) | ___ 5401  FLORIDA (VLG) | DATE __6-18-98__ |
| ___ 3489 HAMPTONBURGH (TN) | ___ 5403  GREENWOOD LAKE (VLG) | |
| ___ 3401  MAYBROOK (VLG) | ___ 5405  WARWICK (VLG) | **MORTGAGE TYPE:** |
| ___ 3689 HIGHLANDS (TN) | ___ 5600 WAWAYANDA (TN) | ___ (A) COMMERCIAL |
| ___ 3601  HIGHLAND FALLS (VLG) | ___ 5889 WOODBURY (TN) | ___ (B) 1 OR 2 FAMILY |
| ___ 3889 MINISINK (TN) | ___ 5801  HARRIMAN (VLG) | ___ (C) UNDER $10,000. |
| ___ 3801  UNIONVILLE (VLG) | | ___ (E) EXEMPT |
| ___ 4089 MONROE (TN) | **CITIES** | ___ (F) 3 TO 6 UNITS |
| ___ 4001  MONROE (VLG) | ___ 0900 MIDDLETOWN | ___ (I) NAT.PERSON/CR.UNION |
| ___ 4003  HARRIMAN (VLG) | _X_ 1100 NEWBURGH | ___ (J) NAT.PER-CR.UN/I OR 2 |
| ___ 4005  KIRYAS JOEL (VLG) | ___ 1300 PORT JERVIS | ___ (K) CONDO |
| | ___ 9999 HOLD | |

*(signature)* Donna L. Benson

**DONNA L. BENSON**
**Orange County Clerk**

RECEIVED FROM: *B. Ozman*

LIBER 4845 PG **15**

LIBER 4845   PAGE 15

ORANGE COUNTY CLERKS OFFICE   44907 MLV
RECORDED/FILED   08/10/98   11:59:44 AM
FEES:      47.00   EDUCATION FUND      5.00
SERIAL NUMBER:   000215
DEED CNTL NO  59837   RE TAX          .00

A 291

Standard N.Y.B.T.U. Form 8007
Bargain & sale deed, with covenant against grantor's acts—Ind. or Corp.

DATE CODE

JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY**

**THIS INDENTURE,** made the 18th day of June, nineteen hundred and ninty eight

**BETWEEN** EMAN F. SOUDANI, residing at Box 618, Bailey Road, Montgomery, New York 12549,

party of the first part, and MOUT'Z F. SOUDANI, residing at 40 Bailey Road, Montgomery, New York 12549,

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ------------------------- --------------------------TEN ($10.00)--------------------- dollars,

lawful money of the United States, and other good and valuable consideration paid

by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or

successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate,

lying and being in the City of Newburgh, County of Orange, and State of New York, and being known as Lot #2 as found on a map entitled "Subdivision of Lands for Mout'z F. Soudani", said map to be filed in the Orange County Clerk's Office, bounded and described as follows:

BEGINNING at a point on the Westerly side of Old South Plank Road, said point marking the Southerly division line of the herein described parcel and the Northerly line of lands now or formerly Arneaux Realty Corp. (Lot #3, Filed Map #6273) running thence Westerly along the same, South 65-04-25 West 95.00 feet, South 15-12-33 West 35.84 feet and South 64-01-38 West 125.00 feet to a point marking the Westerly division line of the herein described parcel and the Easterly line of DuPont Avenue, running thence Northerly along the same, North 45-28-22 West 235.00 feet to a point marking the Northerly division line of the herein described parcel and the Southerly line of lands now or formerly Gerard Macri & Mario Batelic (Lot #1, Filed Map #6273) running thence along the same, North 44-31-38 East 95.00 feet and South 80-28-18 East 128.62 feet, thence leaving said Gerard Macri & Mario Batelic's Southerly line and running along a proposed new division line, South 25-36-26 East 116.43 feet to a point, thence North 64-13-23 East 105.42 feet to a point on the Westerly side of the aforementioned Old South Plank Road, running thence along the same, South 32-25-35 East 48.12 feet and South 23-55-35 East 27.00 feet to the point or place of beginning;

EXCEPTING therefrom all that certain plot, piece or parcel of land, situate, lying and being in the City of Newburgh, County of Orange and State of New York and being known as Lot #2A as found on a map entitled "Subdivision of Lands for Mout'z F. Soudani", said map filed in the Office of the Orange County Clerk on May 16, 1986 as Map No. 7634, bounded and described as follows:

BEGINNING at a point on the Westerly side of Old South Plank Road, said point marking the proposed Southerly division line of the herein described parcel and the proposed Northerly line of Lot #2 (Subdivision of Lands for Mout'z F. Soudani) running thence

Sec. 13

Blk. 3

Lot 45

 484526 **16**

Westerly along the same, South 64-13-23 West 105.42 feet to a
point marking the Westerly division line of the herein described
parcel, running thence Northerly along the same, North 25-36-26
West 116.43 feet to a point marking the Northerly division line
of the herein described parcel and the Southerly line of lands
now or formerly Gerard Macri and Mario Batelic, (Lot #1, Filed
Map #6273) running thence along the same, South 80-28-18 East
98.66 feet to a point on the Westerly side of the aforementioned
Old South Plank Road, running thence along the same, South 32-25-35
East 89.42 feet to the point or place of beginning.

CONTAINING 0.23 acres of land more or less.

BEING and intended to be the same premises conveyed by deed
dated June 21, 1991, from Mout'z F. Soudani to Eman F. Soudani
and recorded in the Orange County Clerk's Office on  June 24, 1991,
in Liber  3460   of Deeds at page 191.

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof,

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

**TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been incumbered in any way whatever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

EMAN F. SOUDANI

4845 **18**

**STATE OF NEW YORK, COUNTY OF** ORANGE    ss:

On the    day of    19   , before me personally came

EMAN F. SOUDANI

to me known to be the individual   described in and who executed the foregoing instrument, and acknowledged that she executed the same.

NOTARY PUBLIC

STEWART A. ROSENBERGER
Notary Public, State of New York
Qualified in Orange County, N.Y.
No. 4562554
Commission Expires June 30, 19__

**STATE OF NEW YORK, COUNTY OF** ORANGE    ss:

On the 18 day of June 1998 , before me personally came

EMAN F. SOUDANI

to me known to be the individual   described in and who executed the foregoing instrument, and acknowledged that She executed the same.

Elizabeth I. Ruttkay
NOTARY PUBLIC

ELIZABETH I. RUTTKAY
Notary Public, State of New York
Qualified in Orange County
Registration No. 01RU5038932
Commission Expires February 6, 1999

**STATE OF NEW YORK, COUNTY OF**    ss:

On the    day of    19   , before me personally came
to me known, who, being by me duly sworn, did depose and say that he resides at No.   ;

that he is the
of
, the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h name thereto by like order.

**STATE OF NEW YORK, COUNTY OF**    ss:

On the    day of    19   , before me personally came
the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he resides at No.   ;

that he knows
to be the individual described in and who executed the foregoing instrument; that he, said subscribing witness, was present and saw execute the same; and that he, said witness, at the same time subscribed h name as witness thereto.

**Bargain and Sale Deed**
WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE No.

EMAN F. SOUDANI

TO

MOUT'Z F. SOUDANI

| SECTION | 13 |
| BLOCK | 3 |
| LOT | 45 |
| COUNTY OR TOWN | City of Newburgh County of Orange |

**RETURN BY MAIL TO:**

MR MOUT'Z F SOUDANI

Box 618   40 Bailey Road

Montgomery NY    Zip No. 12549

*Reserve this space for use of Recording Office.*

4845 19

# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
## THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

TYPE NAME(S) OF PARTY(S) TO DOCUMENT: BLACK INK

EMAN F. SOUDANI

TO

MOUTIZ F. SOUDANI

SECTION ___13___ BLOCK ___3___ LOT _28_

**RECORD AND RETURN TO:**
(Name and Address)

THERE IS NO FEE FOR THE RECORDING OF THIS PAGE

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH

RECORDED INSTRUMENT ONLY

BRANDON OZMAN, ESQ
130 W. MAIN ST.
WALDEN N.Y. 12586

## DO NOT WRITE BELOW THIS LINE

INSTRUMENT TYPE: DEED __X__ MORTGAGE _____ SATISFACTION _____ ASSIGNMENT _____ OTHER _____

### PROPERTY LOCATION

| | | | | | |
|---|---|---|---|---|---|
| ___ 2089 BLOOMING GROVE (TN) | _X_ 4289 MONTGOMERY (TN) | NO. PAGES _2_ CROSS REF ___ |
| ___ 2001 WASHINGTONVILLE (VLG) | ___ 4201 MAYBROOK (VLG) | CERT. COPY _____ AFFT. ___ |
| ___ 2289 CHESTER (TN) | ___ 4203 MONTGOMERY (VLG) | |
| ___ 2201 CHESTER (VLG) | ___ 4205 WALDEN (VLG) | PAYMENT TYPE: CHECK _✓_ |
| ___ 2489 CORNWALL (TN) | ___ 4489 MOUNT HOPE (TN) | CASH ___ |
| ___ 2401 CORNWALL (VLG) | ___ 4401 OTISVILLE (VLG) | CHARGE ___ |
| ___ 2600 CRAWFORD (TN) | ___ 4600 NEWBURGH (TN) | NO FEE ___ |
| ___ 2800 DEERPARK (TN) | ___ 4800 NEW WINDSOR (TN) | |
| ___ 3089 GOSHEN (TN) | ___ 5089 TUXEDO (TN) | CONSIDERATION $ __0__ |
| ___ 3001 GOSHEN (VLG) | ___ 5001 TUXEDO PARK (VLG) | TAX EXEMPT _____ |
| ___ 3003 FLORIDA (VLG) | ___ 5200 WALLKILL (TN) | |
| ___ 3005 CHESTER (VLG) | ___ 5489 WARWICK (TN) | MORTGAGE AMT $ ___ |
| ___ 3200 GREENVILLE (TN) | ___ 5401 FLORIDA (VLG) | DATE _6-18-98_ |
| ___ 3489 HAMPTONBURGH (TN) | ___ 5403 GREENWOOD LAKE (VLG) | |
| ___ 3401 MAYBROOK (VLG) | ___ 5405 WARWICK (VLG) | MORTGAGE TYPE: |
| ___ 3689 HIGHLANDS (TN) | ___ 5600 WAWAYANDA (TN) | ___ (A) COMMERCIAL |
| ___ 3601 HIGHLAND FALLS (VLG) | ___ 5889 WOODBURY (TN) | ___ (B) 1 OR 2 FAMILY |
| ___ 3889 MINISINK (TN) | ___ 5801 HARRIMAN (VLG) | ___ (C) UNDER $10,000. |
| ___ 3801 UNIONVILLE (VLG) | | ___ (E) EXEMPT |
| ___ 4089 MONROE (TN) | **CITIES** | ___ (F) 3 TO 6 UNITS |
| ___ 4001 MONROE (VLG) | ___ 0900 MIDDLETOWN | ___ (I) NAT.PERSON/CR.UNION |
| ___ 4003 HARRIMAN (VLG) | ___ 1100 NEWBURGH | ___ (J) NAT.PER-CR.UN/I OR 2 |
| ___ 4005 KIRYAS JOEL (VLG) | ___ 1300 PORT JERVIS | ___ (K) CONDO |
| | ___ 9999 HOLD | |

*Donna L. Benson*
DONNA L. BENSON
Orange County Clerk

RECEIVED FROM: B Ozman

USR 4845 PG 12

LIBER 4845   PAGE   12
ORANGE COUNTY CLERKS OFFICE   44907 MLV
RECORDED/FILED   08/10/98   11:59:36 AM
                 41.00 EDUCATION FUND        5.00
FEES                      000214
SERIAL NUMBER:                                .00
DEED CNTL NO 59836 RE TAX

T 691

Standard N.Y. B.T.U. Form 8002. Bargain & sale deed.
with covenant against grantor's acts—Ind. or Corp.: single sheet

JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE,** made the '8 day of June, nineteen hundred and 98

**BETWEEN** EMAN F. SOUDANI, residing at Box 618, Bailey Road,

Montgomery, New York 12549,

party of the first part, and MOUT'Z F. SOUDANI, residing at ~~Box 618~~ 40 Bailey

Road, Montgomery, New York 12549,

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Montgomery, County of Orange and State of New York, bounded and described as follows:

> BEGINNING at a point in the northwesterly line of Bailey Road, said point being the most southerly corner of the herein described lot, thence: 1) North 59 degrees 00'00" West, 381.45 feet along lands now or formerly of Fink and lands now or formerly of Rains to an iron pipe, thence: 2) North 55 degrees 22' 00" East, 146.39 feet along a box wire fence and lands of the Consolidated Railroad Company, Inc., thence: 3) South 59 degrees 00' 00" East, 364.10 feet along lands now or formerly of Copra, thence: 4) South 48 degrees 44' 00" West, 140.00 feet along the northwesterly line of Bailey Road to the point of beginning.

> BEING and intended to be the same premises conveyed to Eman F. Soudani by deed dated June 21, 1991, from Mout'z F. Soudani and recorded in the Orange County Clerk's Office on June 24, 1991, Liber 3460 of Deeds at page 196.

Sec. 13

Blk. 3

Lot 28

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; **TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises; **TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

*Eman F. Soudani*
EMAN F. SOUDANI

*Eman F. Soudani*

DER 4845 6 **13**

STATE OF NEW YORK, COUNTY OF ORANGE          ss:

On the        day of            19    , before me
personally came
                EMAN F. SOUDANI

to me known to be the individual    described in and who
executed the foregoing instrument, and acknowledged that
she    executed the same.

_____
            NOTARY PUBLIC

STEWART A. B.
Notary Public
Qualified in Orange County, N.Y.
No.
Commission Expires June 30    1993

STATE OF NEW YORK, COUNTY OF ORANGE          ss:

On the 18th day of June          19 98 , before me
personally came
                EMAN F. SOUDANI

to me known to be the individual    described in and who
executed the foregoing instrument, and acknowledged that
executed the same.

_____
        Notary Public   Elizabeth I. Ruttkay

ELIZABETH I. RUTTKAY
Notary Public, State of New York
Qualified in Orange County
Registration No. 01RU5038932
Commission Expires February 6, 19 99

STATE OF NEW YORK, COUNTY OF          ss:

On the        day of            19    , before me
personally came
to me known, who, being by me duly sworn, did depose and
say that    he resides at No.
                                            ;
that    he is the
of
                    , the corporation described
in and which executed the foregoing instrument; that    he
knows the seal of said corporation; that the seal affixed
to said instrument is such corporate seal; that it was so
affixed by order of the board of directors of said corpora-
tion, and that    he signed h    name thereto by like order.

STATE OF NEW YORK, COUNTY OF          ss:

On the        day of            19    , before me
personally came
the subscribing witness to the foregoing instrument, with
whom I am personally acquainted, who, being by me duly
sworn, did depose and say that    he resides at No.
                                            ;
that    he knows
                            to be the individual
described in and who executed the foregoing instrument;
that    he, said subscribing witness, was present and saw
            execute the same; and that    he, said witness,
at the same time subscribed h    name as witness thereto.

**Bargain and Sale Deed**
With Covenant Against Grantor's Acts

Title No. _____

EMAN F. SOUDANI,

                TO

MOUT'Z F. SOUDANI

| SECTION | 13 |
| BLOCK | 3 |
| LOT | 28 |
| COUNTY OR TOWN | TOWN OF MONTGOMERY COUNTY OF ORANGE |

RETURN BY MAIL TO:

MR MOUT'Z F SOUDANI

Box 618 Bailey Road

Montgomery NY        Zip No.  12549

*Reserve this space for use of Recording Office.*

LIBER 4845 PG    14