# EXHIBIT C

Junior,

If you love your aunt, give her fucking advice. Show her the light, she is behaving so recklessly and she is applying the Sampson Theory to everything she is doing. She has completely destroyed the entire family overseas, destroyed the family in America, she even destroyed the dogs. Now she is starting to destroy herself and her son. Take my word for it, she is looking at 10 years, he is looking at 25. Now please hear me out clearly. As far as I am concerned, I am completely done with Martin. Everything he has, I have. Computer, phone, papers, etc. All we have to do now is retrieve the money, he could help with that. He doesn't even need a lawyer. Now as for Eman, all she has to do is give me $150,000 in cash, give me back the car, and give me Rascal. I would then be done with both of them forever, I wish her no harm and would be content with never seeing either one of them ever again. As you see the case is very very simple. It would be as if nothing ever happened. Now let me explain to you some facts about this case, please pay attention closely. The more she fights me and opens her big mouth, the more I will be punishing her son like you have never seen before.

NOW - this case is very unique, let me tell you why. Usually the police make the arrest and bring the charges and the prosecutor would follow through with the charges. This case is different, the DA started the investigation, will make the charges and will prosecute the case. From what I know, he has never lost a case in his career. Also you should know, the bus stops here at the DA's office. Nothing will happen unless he wants it to happen. So far, all the bad mouthing from Eman and Martin has reached me. I know every word they have said and trust me it doesn't mean shit. It is all hearsay. It does not explain the crimes they have committed. All lawyers say to each other, when a criminal gets arrested for a crime, they immediately start to bad mouth the victim. In law school they call that Law 101. For example, overseas, I was God. Now here, I am the Devil. Also, we have the phones showing a completely different picture than what they are saying about me verbally. Do not forget, every paper in that apartment we have in our possession. In Eman's handwriting, she wrote down what money was in the safe. For example, uncirculated bills that were found in her apartment. Also Martin already confessed on tape that he lost all the money, which we all know to be a lie. He even confessed that his mother did take the money from the safe but that he does not know where she put it. We have two of the

strongest cases ever, believe me. All the witnesses are professionals, three FBI agents, two financial investigators from New York State and a specialist in banking. They have every trail of what Martin did. They have texts he and his mother exchanged overseas about Coinbase. She conspired with him against me and they planned the entire scheme for a long long time. But Martin had to fuck everything up for her. All that is just the tip of the iceberg. Also, she hired two asshole lawyers from New York City with big names and big money to travel to upstate New York. They will not accomplish shit for her. They do not know the judges, the DAs and those judges hate the city slickers. If she does not give me the money I asked her for, the lawyers will get it anyway. I advised her many times, "Don't burn your bridges." As I said I am completely done with Martin, all the rest is up to her. I could completely destroy her SSI case and put her name overseas to ruins. That would be accomplished without me doing so myself. When they both come to New York, there is going to be a huge press conference. This is the biggest case ever around here as it has to do with Coinbase. Every agency, state and federal is watching it. All I would have to tell people is to Google their names and read what they see. Do not fuck with me.