# EXHIBIT D

Eman,

You came to America at the age of 15 and have been here now for 50 years. All you talk about is how your sister Terry paid your brother Sam to beat you up. The 50 years here didn't mean anything to you? Money, prestige, status. Meant nothing? Everyone gave you the utmost respect in America and overseas. You live like a princess. You buy what you want, drive a fancy car. All your needs are 100% met. All the millions of dollars I spent on your son while he inflicted pure torture on me for 30 years, destroying my lively hood, and yet you have not once thanked me for taking care of him. Only you and your sister are capable of producing a son of this quality. Your son is the most evil monster I have ever met in my entire life. There is nobody quite like him. What bothers me is he is just like you. He is the worst version of you. Back home you destroyed the entire family and in America you did the same exact thing. Zach Brittney Dina and David, all of whom love you to death. You sold them all. And for what?

You were my partner for 50 years. Through the good, the bad and the ugly. We always worked for the good of the family with all our faults. I know I am not perfect. I am honorable, loyal, a real man and you will never know someone who meets these qualities like I do. I would never dream of treating family and those close to me the way you have. No one likes a family of thieves and backstabbers. You all couldn't shine my shoes on your best day.

You had told me that stealing runs in the family. I taught you everything that you know, but I had not taught you everything I know. This is why I call Martin and Junior delusional magets. I gave millions of dollars to everyone with no exceptions. Yet you all have stabbed me in the back without batting your eyes. If you were not living with me for the last 40 years, your son would have killed you long ago. He has been running our lives. He is known all over the world and is banned from airbnbs internationally for the ruthless and reckless behavior he displays. This proves how insufferable he truly is. I have paid for his college, his credit cards and his travel all through September of 2022. His tattoos, laser treatments were all taken care of by me, but you blame me for making your life miserable. After all, the misery and the millions of

dollars I have spent, I still never walked away from either one of you. You and your son are misery factories. He has tortured me while I have covered costs for his clothing and his gas expenses. He is 38 years old and a useless piece of shit. I went to a family party and one of the guys came up to me and asked me what my son does for a living. I told him nothing. They were surprised because they said he was telling everyone at the wedding that he was a millionaire. A millionaire with who's money?

I have bought 3 quarters of a million dollars in properties overseas under your name. Recently, you went to my safes and emptied them while conspiring with your son to take over 2 million dollars worth of investments so that you two can disappear leaving this 74 year old man alone to the wolves. Do you expect me to try and start my life over again this way? You did all of this to prove to me that you can live with your son and the dogs without me. It only proves how much of an idiot you truly are as you could only accomplish this while using the money you have stolen from me.

For your information this is the first time a crime of this kind has happened in New York State and it's caught the eyes of everyone. You left a family that loved you to join the swamp of greed. Junior is a swindling scheister that is delusional and is a perverted degenerate pimp. He is two toned with his trophy wife, the multi tasker water buffalo. She insulted you by insinuating you might insult the maid. The epitome of hypocrisy. The second guy, your son, the most evil monster. A thieving lying lazy punk that severely beats his own mother. These beatings can only be described as brutal and disgusting causing extreme injuries. What kind of person does that? Now let me give you a few examples. I told you he should not be invited to the wedding as he is nothing but a walking time bomb. You wanted to kill me for saying that, yet look what happened. He destroyed the entire wedding and everyone saw it. You took it even further, wanting to invite him to the rehearsal dinner. Thankfully that was shut down. You asked me why I called the cops on him last year. You know how he is but you act as if he's a stranger. When Doug was here and your son attacked me Doug said let him slow down. You then eventually told Doug to call the

cops because he does not slow down. You are a hypocrite. When you went to see him at the hotel I had asked you how his head was. Your answer and tone was nasty telling me that he had a concussion. What you forget is that he is the one who attacked me but that meant nothing to you. In Colorado two weeks later he gave you a concussion. You deserved every bit of that. When you ran away I said Eman would be running out of that apartment away from him in her pajamas or the cops would be there and that is exactly what happened. When have I been wrong?

Back home you were the one who created Rana and Lana. You created Martin and the dogs which shows me that every problem I have in my life is what you have created. Now when you take all of my money and tell me "don't force me to defend myself", you threaten me outright like you were a gangster. We will see about that. You do not understand how far my reach is. Remember one thing. If I commit any crimes it will never excuse the crimes you have committed. In this case you are the bigger fish, so you will not be getting away from this. In the end the only one who can save you is me. You should never burn your bridges. You and your sister have destroyed your own lives because you have no control over yourself. You both have always been self destructing. I gave you every chance to come clean and you will never answer me. Your dream in life is putting Rana in jail, but you will now be the one who will be rotting in jail. Some dreams do come true. You make Rana look like a drop of water in the ocean.

You were my partner for 50 years and everything I own was put to you and your son's name. There was never a reason to steal anything, yet you cannot help it. You are a delusional maget piece of shit that can only think of themselves as being a victim. I can make you lose your SSI and food stamps. I can tell Sam Mark Jasmin your lawyer overseas Zaid and your sisters of everything you have done. I can completely destroy you, taking everything you have away. We will see about the coinbase and other wallets soon. You even took Rascal from me. I did not ask for him, but I love him. You start to call him diva because I take him on rides. I don't know where this is going, but I do know it will end terribly. It is clear you don't give a fuck about

me. You never did. Your delusional mind controls you. Your entire family is plagued by the disease of stealing.

I give you every chance to come out clean, but you do not respond like your sister Rana. The difference here is this is happening in America. I am here too. Do not forget that. I thought many times you and Martin were planning to kill me. What Junior told the cops in Denver when they were arresting Martin was that he brought you here to save your life. Where did that come from? I told you about Juniors jealousy and you tell me it is more harshly resentment. You were expressing your own feelings at that moment.

For your information, I am in the best shape of my life. I am down to 170 pounds. The house is peaceful and spotless. Everybody I meet loves me. They say you can not find a nicer guy anywhere else. I have not screamed, lost my temper or even talked loud in the last five months because you are not here.

You conspired with Martin when you told me that you have the investments in your own computer with your own passwords. When I asked you for the statements you told me they were delayed because of the holiday only to disappear the next day. The investments never existed. How can you have it on your own computer? I am the one who paid for Zaid's apartment. I can prove where the money came from and now he owns it because I made it so.

I am more than ready to go wherever the case may go. I am going to bring your sister Terry here to replace you when the time is right. Why don't you and your son kill yourselves as you have already self destructed. I am dumb with technology, but brilliant with everything else. I am one of a kind. You will never be able to replicate me. I may even marry the lady with the blue dress, Lana's friend. Have you done enough damage so far? What do you think?

Tommy Boue destroyed his mother and father's home a long time ago and he also destroyed his own home. It took Martin a little longer to do the same exact thing but then you were much tougher. Now he broke you down completely. Those two manipulative evil mother fuckers. I am going to give Rana a document stating that all your cases are built on false

pretenses. The money is not yours, it's all mine and your lawyer has the source of all those funds and the dates when it was sent. You never even had a job and I completely and forever forgive Rana for her mistake.