# EXHIBIT E

**Lewis
Baach
Kaufmann
Middlemiss**
PLLC

Arthur D. Middlemiss
212 822 0129
arthur.middlemiss@lbkmlaw.com

April 26, 2023

<u>**Via Federal Express**</u>
Moutz Soudani
40 Bailey Rd.
Montgomery, New York 12549

Re:   **Power of Attorney for Eman Soudani**

Dear Mr. Soudani:

My firm represents Ms. Eman Soudani. We understand that you have used what you claimed to be a power of attorney in which Eman Soudani appointed you as her attorney-in-fact, including but not limited to a General Power of Attorney issued by Eman Soudani to Mout'z F. Soudani, dated July 13, 1994. We also understand that in the past you have used what you claim to be such a power of attorney to facilitate transactions in which you engaged in self-dealing rather than the interests of Ms. Soudani.

Pursuant to New York General Obligations Law §5-1511(c), Ms. Soudani hereby revokes all General Powers of Attorney issued to you (see attached). You are instructed to return immediately all copies of any powers of attorney, including the above-referenced power of attorney, to Ms. Soudani. You may comply with this instruction by returning the documents to our office by mail.

Pursuant to New York General Obligations Law §5-1505(2)(a)(3), Ms. Soudani hereby demands, within 15 days of the service of this letter, a record of all receipts, disbursements, and transactions entered into by you on behalf of Ms. Soudani. This demand incudes but is not limited to any life insurance policies taken out on Ms. Soudani. You may comply with this instruction by returning the documents to our office by mail.

To be clear, any and all powers of attorney you may believe were issued to you by Ms. Soudani should be considered revoked and a nullity, regardless of whether they were actually issued or not. You have no authority to act for Ms. Soudani.

Sincerely,

Arthur D. Middlemiss

Encl.

# REVOCATION OF POWER OF ATTORNEY

I, Eman F. Soudani, a domiciliary of Arapahoe County, Colorado, am aware of a general power of attorney that is dated July 13, 1994, and was executed in the presence of Notary Public Howard Alan Kave.

Said power of attorney appointed Mout'z F. Soudani to act as my agent, and it was recorded in connection with a real estate transaction on July 22, 1994, in Orange County, New York. Said power of attorney was only to be used in connection with transactions and matters on my behalf. Any use of it in matters of which I was not apprised of would have been in violation of its purpose and intent. So there is no mistake that power of attorney is a nullity and revoked as well as any other general or limited power of attorney executed by me or purportedly executed by me, and it and such shall have no legal effect and force. All powers and authorities granted under said power of attorney(s) are and have been withdrawn and revoked.

IN WITNESS WHEREOF, I have hereunto set my hand on April 26th, 2023

*Eman Soudani*

Eman F. Soudani, Principal

STATE OF COLORADO }

} ss.

COUNTY OF ARAPAHOE }

On 4/26/2023, before me, the undersigned, a Notary Public in and for said state, personally appeared Eman F. Soudani, personally known to me or proved to me on the basis of satisfactory evidence to be the individual is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual executed the instrument.

Notary Public

My Commission Expires: 09/15/2024

BRYANNA SALGADO REYES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204031983
MY COMMISSION EXPIRES 09/15/2024