# EXHIBIT F

To whom this may concern,

I do not ever remember having a power of attorney with Eman.  I do not recall signing her name to anything.  There are no insurance policies on Eman and all the paper filing was Eman's job for 40 years.  I do not have knowledge of where any of the mentioned papers are.  Furthermore, Eman is on SSI for over 20 years and should not be permitted to have more than $2,000 in her bank account.  She has no businesses and could not legally have any.

On the other hand, I have supported Eman for over 40 years along with her son since his birth.  Her son has never had a job, but has traveled the world. They have collectively cost me millions of dollars until the support stopped September of 2022.  I gave him monthly checks of $2,000 until that point.  I have been a multi-millionaire for most of my life, known for being the most honorable and loyal person you will have ever met.  I do not lie, I only answer the question or I don't.  I despise liars.  Look at the $80,000 car that Eman drives and the three quarters of a million dollars in properties that I have purchased for Eman in her name directly.

Contrarily, Eman has signed my name to everything for 40 years.  99% of the time it was done with my permission.  The exceptions being of lately. She was giving her son duplicate checks and signed them with my signature stamp unbeknownst to me.  She paid his credit card out of my account without my knowledge.  For your information,  my estate would have been going to Eman and her son upon my death (between $8-9 million).  The only reason Eman left this house was because of her son stealing $2,000,000 from me.  He has no investments which she knew for two years.  She hid the information from me with no intent to stop it from happening more.  By her not telling me there was no investment I lost an additional $900,000 in cash in the year of 2022.  Eman could have saved me from that ever occurring. With this in mind, Eman had to leave with her son after I found this information out from their phones.  I pressured her on this topic of the investments which is when she took off with her son.  Now her son is in jail and has lost his $8-9 million inheritance. Eman on the phone said, "The last thing I will do in this life will be to help my son."  She has destroyed the family overseas, in America, along with her life and her son's.  Now she is trying to do the same to me.  I do not understand why I have received this

letter regarding power of attorney as I have never signed anything on behalf of Eman.

I now want to tell you something about me.  If you ever catch me in a lie, you can spit in my face or ask me for anything your heart desires.  I will do it.  Eman and her son are the lowest of the low.  Everything they are saying to the lawyers verbally contradicts what their phones and computers say.  Do not forget, whatever Eman accuses me of, will be tested against a polygraph to see who the true liar is.  Lying is not easy in this case but she is very convincing.  Her nickname for the last 30 years is quicksand Eman because of how slick she is.  By the way, Eman went overseas in 2020 and 2021 for an entire year.  The reason was she gave her sister Rana power of attorney over the properties I bought for her.  Her sister Rana then sold everything, keeping the money for herself.  As you see, stealing runs in that family, most of which Eman and her three sisters conduct.  It is no wonder none of them are married as no man could ever live with that.  All of Eman's cases overseas are under false pretenses.  She says she paid for the properties yet all of the money came from my bank account which her lawyer has on record.  Bottom line is, her sister did everything exactly as Eman is doing now.  They have lost their condominiums with the exception of one brother

retaining his along with Rana being put in jail.  Eman has another nickname

overseas, Invanka Trump.  **Paying for everything and everyone with my**

**money.**  If you add these values together, Eman and her son have stolen

almost $3.5 million just recently.  Only those evil sisters could produce such

an evil man like her son, there is truly no one as vindictive as him.  To make

an incredibly long story short, I paid up his college loans and his screw-ups

all over the world.  He would have at least $100,000 in credit card debt after

traveling to different countries which was put onto me.  Paid $100,000 for the

tattoos to cover up his birthmark.  Martin choked his mother numerous times

until she could no longer breathe, broke her back, broke her leg and in

Colorado he almost killed her two weeks after they ran away.  This time she

was the one to call the cops and she was the one who asked for an order of

protection.  Martin was arrested twice in California, twice in New York and

two to three times in Denver Colorado.  Eman asked my son who lives in

Denver through text if she should take some of the money or all of the

money.  He said take everything, fuck him.  She emptied two safes of

hundred dollar bills in $10,000 bundles.  This is the money she is paying you

and Martin's lawyer with.  When my son knew how much Eman's son stole

from me, he went and gave him hell while trying to help him legally.  The

backstabber Eman's son is then recorded my son attempting to help him. My son asked him if he was taping him which Eman's son said no. The tape is now in the DA's hands, and he sent a copy to Martin's lawyer. You can check out the story very easily. To reiterate, she destroyed the entire family in two continents and now she is destroying herself and her son while trying to take me with them. After all the millions and the torture that her son gave me for 30 years, she said she hopes I rot. This is how she shows her gratitude. This has hurt me so much you would not be able to understand. To this day I have not said a bad word about Eman or her son to anyone not involved. All I want from this case is for them to come out clean, I wish neither of them any harm. I actually feel bad for them. Everything could disappear if they come out clean. I also want you to know, the more these hard times are extended and Eman lies about me, the more I will hurt her son for her. If Eman has the date when that power of attorney was done, that means she has the only copy of it. Otherwise how would she have this information? Meanwhile she is the one who has stolen from my house, the two trusts, and the will. The second trust started in September 2017 which I was the beneficiary of, not her son. I have acquired for my lawyer copies of everything she has stolen. Don't

forget I am a 74 year old man who has been living in upstate New York for 40 years. Everyone idolizes me and respects me to the fullest.

P.S.

I have included in your envelope, the dismissal paper for the Plattekill case you have inquired about. It was dismissed in the first 5 minutes of the court case. Two ADAs refused to take that case, then it was given to a special prosecutor. I am sure in your profession you have plenty of knowledge and skills to remember it is her story, his story and the truth. May god bless you.

Respectively yours,

Marty Soudani







Eman w/
her Father
and me











at the palace Hotel

**MOUTAZZY**

YOU WILL ALWAYS BE THE LOVE

OF MY LIFE , NO FANCEY WARDS,

NO POEMS ,NO FANCEY WRITING,

IT IS REAL AND SIMPLE.

ELLA  AL  ABBAD

**AMOONTAC**

and this paper is on her Computer

Ask Eman to translato what this means she gave it to me J20 before she went over seas

# CERTIFICATE OF DISPOSITION

**STATE OF NEW YORK**                                          **PLATTEKILL TOWN COURT**
**ULSTER COUNTY**                                                          **CRIMINAL PART**

PEOPLE OF THE STATE OF NEW YORK

      VS.

MARTY SOUDANI;  Defendant

CASE NO: 16080314

Date of Birth: ███████████              JC501 no: ████████
Date of Arrest:  08/31/2016               NYSID no: ████████
Adjudication Date:  01/23/2017
Disposition Date:  01/23/2017

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| PL 170.25 | PL 240.20 | DISORD CONDUCT | Fine/Shg | 100.00 | 0.00 | 125.00 |
| PL 175.35 | PL 175.30 | FILE FLS INST-2 . | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 175.35 | PL 175.30 | FILE FLS INST-2 | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 170.25 | PL 170.20 | POS FORG INST-3 | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 170.25 | PL 170.20 | POS FORG INST-3 | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 175.35 | PL 175.30 | FILE FLS INST-2 | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 170.25 | PL 170.20 | POS FORG INST-3 | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 175.35 | PL 175.30 | FILE FLS INST-2 | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 170.25 | PL 170.20 | POS FORG INST-3 . | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 175.35 | PL 175.30 | FILE FLS INST-2 | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 175.35 | PL 175.30 | FILE FLS INST-2 | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 170.25 | PL 170.20 | POS FORG INST-3 | Cov'd By | 0.00 | 0.00 | 0.00 |
| PL 175.35 | PL 175.30 | FILE FLS INST-2 | Cov'd By | 0.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of disposition,
I certify that the above named defendant having appeared before
this court was charged as shown above.  Each of the charges was
disposed of as indicated.





# Historic Soudani's

Soudani's, a Café Bistro is housed in the newly renovated Tick's Building which was previously a family owned department store in downtown Walden, New York for over 50 years. The restaurant is located at the corner of Main St. and Walnut St.



# Soudani's Today

The beautiful new exterior of Soudani's is reminiscent of the café bistros in European cities. Upon entering, one is transported into an enchanting interior, replete with mirrored illuminated walls and the natural look of custom oak with elegant brass trim.



## THE ONLY SPEAK-EASY IN UPSTATE NEW YORK

When work is done as an act of love, it stands out above the rest. Such is the case with Soudani's restaurant. Marty's love for cooking is reflected in every dish he prepares, from Hors d'Oeuvres to Dessert. After being the driving force behind some of the nation's most posh hotels, such as the New York Hilton, MGM in Las Vegas, Palace and the Berkshire, Marty decided to bring his culinary talents to the village of Walden in Orange County. My guest and I could tell this was no ordinary restaurant, as its contemporary glass facade and delicate lighting contrasted with the usual architecture of the town. Once inside we were greeted by our hostess, Amy, who sat us at a table near the piano. We sipped a few cocktails while we looked over the menu, listening to Helen Angelo play a few of our requests. There was such an incredible selection to choose from, that even after we ordered our Hors d'Oeuvres, Shrimp and Artichoke Vinaigrette and Breaded Mozzarella Sticks, we chose to keep our menus so we could have more time to decide. Not only was there the dinner menu, but also burgers, sandwiches and quiche as well as a light "Spa Cuisine". We looked over our many options, such as Filet of Sole Fransaise, Chicken Cutlet Marsala, Tenderloin of Pork and Lobster Fruits de Mer, just to name a few. I decided on Tournedos Roberto, a thick filet mignon stuffed with bacon, shallots, Cajun spices, covered in Châteaubriand sauce. When the entrées arrived, I couldn't believe my eyes. My filet sat covered in its sauce, while thinly sliced carrots and zucchini lay veil-like next to a rose made from a tomatoe. We sat speechless, letting the filets melt in our mouths, savoring every bite until we found our plates empty. After making it known we were stuffed past any thought of a dessert, Amy said she had just the thought. We were sipping our tea, discussing our meal and how we could ever put this experience into words, when out came a Soufflé so light it was impossible to resist. The evening came to a close. It was time to come back to reality. My friend put it best saying, "Come, enjoy the ambiance that is Soudani's".

SUNDAY RECORD  December 6, 1987

In January 1985, Marty Soudani purchased the Tick Building at an auction because he envisioned the possibility of a life-time dream coming true. Formerly a Department Store, Marty invested six hundred and fifty thousand dollars to turn his dream into a reality. Hard work, careful planning, perseverance and a great deal of faith that he could give his patrons what they could find nowhere else, soon turned into a reality. With exceedingly hard work and a core of loyal employees who were lured by the "pioneer spirit", the restaurant was built.

Marty combined his expertise as former owner of five restaurants and in Hotel Management to design for his clientele a relaxing and enjoyable culinary experience with a unique, hospitable and charming ambiance. He has served as a consultant for the Management for over twenty Hotels throughout the Country and Canada.

While the Restaurant/Hotel business is his "love", Marty is very involved in Wall Street. He is also the owner of several self-sevice convenience mini-marts and of much Real Estate in Orange County.

MARTY
SOUDANI
Owner



# Cafe Bistro Opens in Walden

(Walden)

Marty Soudani, owner of Soudani's on Main Street in Walden, has been acclaimed by many people in the industry as one of the five best hotel and food and beverage management men in the Country. He is one of the first innovators of Nouvelle Cuisine and Haute Cuisine and has been in the forefront of the new trend of light "Spa" cooking.

Previous owner of five restaurants (two were rated *** and one was rated ****), Mr. Soudani has served as consultant for the management of over twenty hotels throughout the Country and Canada. Some of his accomplishments include the opening of the New York Hilton, Palace, MGM in Vegas and the Berkshire.

After traveling throughout the United States and Canada as a trouble shooter to assist in the opening of new hotels and restaurants, he decided to stay locally in the Town of Montgomery and do something in the area of his "roots." Against much negative advice not to, "Marty", as he is called by his friends and colleagues, realized that he believed very strongly in the Town of Montgomery and the Village of Walden and its residents. He was tired of hearing his "home town" put down and his neighbors described as "hicks." So, he took the gamble and has invested over $650,000 and a year and a half of his time to create a restaurant with an atmosphere and decor seen only in big cities and Vegas, yet, as he describes it, a "casual elegance."

Soudani's offers an atmosphere that is warm and inviting. It's a cafe and bistro-style establishment. Choices on the menu range from gourmet sandwiches to light menues ("Spa" Cuisine) for the weight conscious to full course gourmet meals for the heartier appetite. Also offered is a large selection of hors d'oeuvres.

All of this is done in a comfortable, charming ambiance and is very reasonably priced. Efficient service and excellent food, presented in a unique way, will make Soudani's one of a kind.

When asked why he's here with his background, Marty smiled and said "This is my love, my hobby. It's almost like an addiction. I like to see things done in style and done right. I believe in excellence and I believe the people in my Town deserve excellence. I want to try to give it to them. I hope that I will be instrumental in helping change the bad image people have of the Town and the Village--its really a beautiful place to live, full of nice people. I would like to be a part of the success of this community, especially Main Street."

While the restaurant /hotel business is his "love", Marty is very involved in all phases of Wall Street investments. He could probably teach the subject! He is also the owner of several self-service convenience mini-marts and of much valuable real estate throughout the County.

Soudani's is designed for a clientele who wish to relax and enjoy culinary excellence and hospitality at its best in a unique and charming ambiance.



Soudani's Cafe Bistro owner Marty Soudani greeted guests recently at the grand opening of his Walden restaurant. For reservations, phone 778-2194.