# EXHIBIT G

Dear Mr. Middlemiss,

I was going to tell you she could go to hell, and I will see you in court. But, this is not who I am. The reason I deposited Eman's check in my account was to be able to cash the check for her. Not to take the money for myself. As you know, I have my own money. Also, this was done because she asked me to do it. Nothing was done behind her back. If I took the money, why would she wait two and a half years to ask for it? On top of waiting eight months since she left my home with her son. Is that weird to you? It is weird to me. I already told you and you forgot as her lawyer. Eman is on SSI so she is not allowed to have more than $2,000.00 in her bank account. That is why it was done this way. I gave her all of the funds when she came back home because at the time of using the check she was overseas for a year. All I know is that she bought three to four very expensive dresses from Nordstrom and gave some money to her son. I do not know how much money she had when leaving the house because I do not ask those questions, nor do I care. Spying is one of her habits not mine. That is not the point, after stealing 3.5 million dollars with her son, she has the balls and audacity to ask for money back that she already has. This is how Eman operates. As I told you in the past she is a quicksand.

But you are a NYC attorney who is clearly very seasoned. I told you how reckless she is and you still are doing what she asks without thinking about what is good for her. When you sent me the first letter, her punishment was that I told you about her history and who she is so you know who you are dealing with. That is something she would never have told you. How am I going to punish her for the second letter to me? So far, I didn't say one bad word about her or her son or do anything to harm them. I am never the aggressor. Now I am going to tell SSI her story overseas and in America. Including how much money she has overseas and helping SSI with their case against Eman. I will also give them your letter to me and the copy of the check. She could lose her income, medicaid and food stamps. Thank you for supplying me with them. I am going to call the insurance company that gave her that money and tell them the truth that she is completely healthy and her entire case was a fraud as a witness to it myself. I swear to you on that. See, as I told you in the past, lying about me is not that easy. I despise liars more than you will ever know. I love hotel business, convenience marts, restaurants and real estate but my passion that comes to me naturally is law. You never know where I am going to come from. So far I won thirteen cases, never losing one. Eman's son was arrested in New Paltz for aggravated drunk driving. You are a lawyer, the sentencing

is mandatory in these cases. I dismissed that case. He called the female police officer a fucking cunt and his mother's nickname for years is also a fucking cunt. Her son was also arrested in LA twice. For beating the hell out of his girlfriend. I got involved and the DA refused to take both cases, making them also dismissed. I am telling you all this because this girl is reckless and you as her lawyer must protect her. The next lie, whatever it may be, I will punish again. I will not be the aggressor.

Thank you, may God bless you and good luck:

Respectfully yours,

Marty Soudani

P.S. you can send a copy of this also to Mr. Rosenwasser. Also, there is a surprise for you in this letter. As I told you, you never know where I am coming from. This one has a different date.

# POWER OF ATTORNEY
## NEW YORK STATUTORY SHORT FORM

### THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE
### SHOULD YOU BECOME DISABLED OR INCOMPETENT

Caution: This is an important document. It gives the person whom you designate (your "Agent") broad powers to handle your property during your lifetime, which may include powers to mortgage, sell, or otherwise dispose of any real or personal property without advance notice to you or approval by you. These powers will continue to exist even after you become disabled or incompetent. These powers are explained more fully in New York General Obligations Law, Article 5, Title 15, Sections 5-1502A through 5-1503, which expressly permit the use of any other or different form of power of attorney.

This document does not authorize anyone to make medical or other health care decisions. You may execute a health care proxy to do this.

If there is anything about this form that you do not understand, you should ask a lawyer to explain it to you.

THIS is intended to constitute a POWER OF ATTORNEY pursuant to Article 5, Title 15 of the New York General Obligations Law:

I, **EMAN SOUDANI**, residing at 40 Bailey Road, Montgomery, New York 12549, hereby appoints:

**MOUT'Z F. SOUDANI, residing at 40 Bailey Road, Montgomery, New York 12549**

my attorney(s)-in-fact TO ACT
[ X ] Each agent may SEPARATELY act.
[   ] All agents must act TOGETHER.
     (If neither blank space is initialed, the agents will be required to act TOGETHER)

IN MY NAME, PLACE AND STEAD in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in Title 15 of Article 5 of the New York General Obligations Law to the extent that I am permitted by law to act through an agent.

(DIRECTIONS: Initial in the blank space to the left of your choice any one or more of the following lettered subdivisions as to which you WANT to give your agent authority. If the blank space to the left of any particular lettered subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Alternatively, the letter corresponding to each power you wish to grant may be written or typed on the blank line in subdivision "(R)", and you may then put your initials in the blank space to the left of subdivision "(R)" in order to grant each of the powers so indicated.)

[ ES ] (A) real estate transactions;
[ ES ] (B) chattel and goods transactions;
[ ES ] (C) bond, share and commodity transactions;
[ ES ] (D) banking transactions;
[ ES ] (E) business operating transactions;
[ ES ] (F) insurance transactions;
[ ES ] (G) estate transactions;
[ ES ] (H) claims and litigation;
[ ES ] (I) personal relationships and affairs;
[ ES ] (J) benefits from military service;

[ ES ] (N) authorization to disburse funds from the escrow account as necessary to complete the transaction with a full statement detailing to whom and for what purpose funds were disbursed;
[ ES ] (O) tax matters;
[ ES ] (P) all other matters;
[ ES ] (Q) full and unqualified authority to my attorney(s)-in-fact to delegate any or all of the foregoing powers to any person

This Power of Attorney shall not be affected by my subsequent disability or incompetence. If every agent named above is unable or unwilling to serve, I appoint: to be my agent for all purposes hereunder.

**To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party form and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.**

**This Power of Attorney may be revoked by me at any time.**

*In Witness Whereof,* I have hereunto signed my name this 13th day of Aug., 2004

BY: _____
EMAN SOUDANI

## ACKNOWLEDGEMENT

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF ORANGE         )

On the 15st day of August, 2004, before me, the undersigned, a Notary Public in and for said State, personally appeared **EMAN SOUDANI** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that She executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

BRANDON C. OZMAN
Notary Public, State of New York
No. 4757767
Qualified in Orange County
Commission Expires March 30, 2006

today bread and cheese with tea

Same menu

The olives looks delicious

Did you ever receive the settlement check I emailed them today to check on it

> I sent you the copy yes i did

No you didn't

The last paper you sent is State Farm bill and before that food stamp paper

Ok thanks I just sent them an email that I received it

Today 6:13 PM

> The settlement check was received they will be sending my check in the mail for the amount of $62,813 along with the breakdown of payments



> Also checked my food stamp card they haven't gave me anything since

Feb 11, 2021 at 1:35 PM

I'm on the phone with DSS will call you in a bit

Wow that's huge

To pay the bill on the credit cards choices you put a ✓ on Visa you put credit card # ▉▉▉▉▉▉▉1751
Expiration ▉▉▉
Authorization code ▉
You write amount $107.24 in the space
==And you sign my name==
Make sure to put in envelope which their address showing from inside the envelope

I tried calling to make sure you understand on how to pay the bill no answer also the fax is on it picked up

Jan 29, 2021 at 5:08 PM