UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMAN SOUDANI,<br><br>                                Plaintiff,<br><br>        v.<br><br>MOUT'Z SOUDANI,<br><br>                                Defendant. | Case No.: 23-cv-9905<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of Court and all parties of record:

I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiff Eman Soudani.

Dated:  New York, New York
        November 10, 2023

                                                Respectfully submitted,

                                                */s/ Marc Frazier Scholl*
                                                Marc Frazier Scholl
                                                SDNY Bar No. MS9537
                                                LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                                                The Chrysler Building
                                                405 Lexington Avenue, 64th Floor
                                                New York, New York 10174
                                                Tel: (212) 826-7001
                                                Fax: (212) 826-7146
                                                marc.scholl@lbkmlaw.com
                                                *Counsel for Plaintiff Eman Soudani*