

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
EMAN SOUDANI,

       Plaintiff(s),                            Index No. 23-CV-9905

 -against-                                    AFFIDAVIT OF SERVICE

MOUT'Z SOUDANI,

       Defendant(s).
-------------------------------------------------X
STATE OF NEW YORK   )
                        S.S.:
COUNTY OF ROCKLAND)

      BRENDAN COLLISHAW, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 15TH day of NOVEMBER, 2023, at approximately 2:00PM, deponent served a true copy of the SUMMONS, COMPLAINT, & EXHIBITS A-G upon MOUT'Z SOUDANI at THE PARKING LOT OF THE ORANGE COUNTY SUPREME COURT HOUSE, 285 MAIN STREET, GOSHEN, NY 10924 by personally delivering and leaving the same with MOUT'Z SOUDANI at that address. At the time of service, deponent asked MOUT'Z SOUDANI whether HE is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply. At the time of service, MOUT'Z SOUDANI would not take papers as deponent had to then drop the papers on the ground.

      MOUT'Z SOUDANI is a WHITE MALE, approximately 70 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 160 pounds, is BALD and has BROWN eyes.

#294411

D.L.S., Inc.
400 Rella Blvd.
Ste. 165
Suffern, NY 10901
845-639-7559
www.dlsnational.com



That on the 16TH day of NOVEMBER, 2023, deponent served another copy of the foregoing upon MOUT'Z SOUDANI by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City of Suffern, and State of New York, addressed as follows:

MOUT'Z SOUDANI
40 BAILEY ROAD
MONTGOMERY, NY 12549

_____
BRENDAN COLLISHAW

Sworn to before me this
16TH day of NOVEMBER, 2023

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

#294411

D.L.S., Inc.
400 Rella Blvd.
Ste. 165
Suffern, NY 10901
845-639-7559
www.dlsnational.com