**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EMAN SOUDANI,

        Plaintiff,

    v.

MOUT'Z SOUDANI,

        Defendant.

No. 7:23-cv-09905 (PMH) (JEK)

---

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 1.3(d) of this Court, please take notice of the change of address

for plaintiff's attorneys. All other contact information for the firm and the plaintiff's attorneys

Arthur D. Middlemiss and Marc Frazier Scholl remains unchanged.

        Lewis Baach Kaufmann Middlemiss PLLC
        10 Grand Central
        155 East 44th Street
        25th Floor
        New York, NY 10017

Dated: January 10, 2024
      New York, New York

                   Respectfully submitted,

                   LEWIS BAACH KAUFMANN
                   MIDDLEMISS PLLC

              By: _____/s/_____
                 Marc Frazier Scholl (MS-9537)
                 10 Grand Central
                 155 East 44th Street
                 25th Floor
                 New York, NY 10017
                 marc.scholl@lbkmlaw.com