UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

EMAN SOUDANI,

                Plaintiff,

      v.

MOUT'Z SOUDANI,

                Defendant.

------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

23-CV-09905

The above entitled action is referred to the designated Magistrate Judge McCarthy for purpose of:

| | | | |
|---|---|---|---|
| ☐ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ☐ | JURY SELECTION |
| | | ☐ | HABEAS CORPUS |
| ☐ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ☐ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ☐ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ☐ | SOCIAL SECURITY |
| ☐ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) | ☑ | SETTLEMENT |
| | | ☐ | OTHER |

Dated:   White Plains, New York
          February 21, 2024

SO ORDERED:

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge