UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EMAN SOUDANI,

                       Plaintiff,                        **SCHEDULING ORDER**

        -against-                            23-cv-9905 (PMH) (AEK)

MOUT'Z SOUDANI,

                       Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Friday, May 3, 2024, at 2:15 p.m.**

      On or before Wednesday, May 1, 2024, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. By April 22, 2024, Plaintiff must make at least one concrete settlement demand, and by April 26, 2024, Defendant must make at least one concrete settlement offer. These figures must be reported in the pre-conference letters. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      Parties – not just the attorneys – must attend the settlement conference. Where liability insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

      This conference will be conducted by video, using Microsoft Teams. A link and instructions will be provided to the parties by email prior to the conference. Should anyone

experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: March 14, 2024
       White Plains, New York

                                        **SO ORDERED.**

                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge