

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___
(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct Email : mburke@hwb-lawfirm.com

March 26, 2024

> Application granted. The in-person conference scheduled for March 27, 2024 at 11:00 a.m. is adjourned to March 27, 2024 at 12:00 p.m.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             March 26, 2024

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Soudani v. Soudani
        23 CIV 9905 (PMH)

Dear Judge Halpern:

   Our firm represents Defendant Mout'z Soudani in the above referenced matter, which is currently scheduled for conference before Your Honor on Wednesday, March 27, 2024 at 11:00 a.m. We respectfully request an adjournment of this conference to the afternoon or late morning as I have a previously scheduled sentencing before the Honorable Vincent Briccetti in the matter of *U.S. v. Markel Calhoun* at 10 a.m. that morning which will likely go past 11 a.m.

   Thank you for your consideration in this matter.

                                                                        Respectfully,

                                                                        *Michael K. Burke*

                                                                        MICHAEL K. BURKE