

Arthur D. Middlemiss
212 822 0129
arthur.middlemiss@lbkmlaw.com

May 28, 2024

**VIA ECF**
Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: Soudani v. Soudani, No. 7:23-cv-09905-PMH-AEK (S.D.N.Y.)**

Your Honor:

We represent Plaintiff and Counterclaim-Defendant Eman Soudani ("Plaintiff"), and write in response to the Court's directive to file a joint status update by May 28, 2024 regarding availability for a settlement conference.

Plaintiff has conferred with counsel for Defendant and Counterclaim-Plaintiff Mout'z Soudani. Both parties and their counsel are available on Monday, June 17, 2024. If that is not a good date for the Court, please advise and we will look for other mutually available dates.

Respectfully,

Arthur D. Middlemiss

10 Grand Central  |  155 East 44th Street, 25th Floor  |  New York, NY 10017  |  t 212 826 7001  |  f 212 826 7146

NEW YORK    WASHINGTON    LONDON

lbkmlaw.com