UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMAN SOUDANI

               Plaintiff,

v.

MOUT'Z SOUDANI

               Defendant.

Case No. 23-cv-09905

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that, upon the accompanying Affirmation of Michael K. Burke, Esq., dated May, 30, 2024 with annexed exhibits and Memorandum of Law, Defendant Mout'z Soudani and non-parties Mout'z F. Soudani and Elizabeth I. Ruttkay a/k/a Elizabeth Soudani Irrevocable Living Trust, Mout'z Soudani Grantor Trust (EIN 82-6584855), Palmerone-Soudani Land Developers Ltd. (DOS ID 1289881); Eman-Mout'z Ltd. (DOS id 1727943); Soudani Ltd. (DOS ID 1018256) will move this Court, before the Honorable Philip Halpern, at a date and time to be determined by the Court, for an order quashing the subpoena *duces tecum* in a Civil Case issued to Walden Savings Bank and granting such other and further relief as the Court deems appropriate.

Dated: White Plains, N.Y.
        May 30, 2024

 

Michael K. Burke Esq. (MKB 7554)
Hodges, Walsh & Burke LLP
55 Church St. Suite 211
White Plains, New York 10601
(914) 385-6030
*Attorneys for Defendant and non-party entities*