UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EMAN SOUDANI,

                Plaintiff,                      **SCHEDULING ORDER**

   -against-                               23-cv-9905 (PMH) (AEK)

MOUT'Z SOUDANI,

                Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Monday, June 17, 2024, at 9:15 a.m.**

On or before **June 13, 2024**, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. By **June 4, 2024**, Plaintiff must make at least one concrete settlement demand, and by **June 11, 2024**, Defendant must make at least one concrete settlement offer. These figures must be reported in the pre-conference letters. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

Parties – not just the attorneys – must attend the settlement conference. Where liability insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

This conference will be conducted by video, using Microsoft Teams. A link and instructions will be provided to the parties by email prior to the conference. Should anyone

experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: May 30, 2024
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge