UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMAN SOUDANI,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>-against-<br><br>MOUT'Z SOUDANI,<br><br>Defendant and Counterclaim-Plaintiff. | Case No.: 23-cv-9905 (PMH) (AEK) |

**DECLARATION OF ARTHUR D. MIDDLEMISS
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT MOUT'Z
SOUDANI'S MOTION TO DISMISS**

I, Arthur D. Middlemiss, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Lewis Baach Kaufmann Middlemiss pllc. I represent Plaintiff Eman Soudani in the above-captioned action.

2. I submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant Mout'z Soudani's Motion to Dismiss Plaintiff's Amended Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of a power of attorney executed in 1994 and filed in the public registry for Orange County, New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2024.

_____
Arthur D. Middlemiss