

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___
(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct Email : mburke@hwb-lawfirm.com

June 11, 2024

> Application granted.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           June 11, 2024

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:     Soudani v. Soudani
         23 CIV 9905 (PMH)

Dear Judge Halpern:

    I am writing to respectfully request an opportunity to submit a reply brief by Friday, June 14, 2024, in reply to Plaintiff's Opposition to Defendant's Motion to Quash the subpoena served on Walden Bank.

    Thank you for your consideration.

                                              Respectfully,

                                              *Michael K. Burke*

                                              Michael K. Burke

MKB:la