

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
___

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct Email : mburke@hwb-lawfirm.com

June 25, 2024

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Soudani v. Soudani
      23 CIV 9905 (PMH)

Dear Judge Halpern:

    I am writing in response to Plaintiff's correspondence dated June 21, 2024 with respect to the Motion for Clarification. We respectfully request that the Court consider the arguments submitted in Defendant's reply papers in further support of his motion to quash which cover the scope of protective order.

    Thank you for your consideration.

Respectfully,

*Michael K. Burke*

Michael K. Burke