**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EMAN SOUDANI,

Plaintiff and Counterclaim-Defendant,

-against-

MOUT'Z SOUDANI,

Defendant and Counterclaim-Plaintiff.

---

The Court shall hold an in-person discovery conference on July 24, 2024 at 10:00 a.m. in Courtroom 520 of the White Plains courthouse.

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            June 27, 2024

---

PLEASE TAKE NOTICE that Plaintiff and Counterclaim-Defendant Eman Soudani ("Plaintiff"), through her undersigned attorneys, respectfully moves this Court for clarification on the propriety of the confidential designation under the Stipulated Confidentiality Agreement and Protective Order (ECF No. 36, "Protective Order"), and seeks an Order declaring that the documents at issue are not "Confidential" under the Protective Order, and in the alternative, an Order authorizing limited disclosures of the documents as set out in the Memorandum of Law filed in support herewith, and for such other and further relief as the Court deems just and proper. In support, and filed herewith, Plaintiff submits her Memorandum of Law and the Declaration of Arthur D. Middlemiss, each dated June 13, 2024.

Dated:    New York, New York
                June 13, 2024

/s/ Arthur D. Middlemiss
Arthur D. Middlemiss
Arthur.Middlemiss@lbkmlaw.com
Marc Scholl
Marc.Scholl@lbkmlaw.com
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
10 Grand Central, 155 E. 44th Street, 25th Fl.
New York, NY 10017
Telephone: (212) 826-7001
Facsimile: (212) 826-7146