

**HODGES WALSH & BURKE, LLP**
ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601
———
(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

Michael K. Burke, Esq.
Direct Email : mburke@hwb-lawfirm.com

July 2, 2024

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Soudani v. Soudani
      23 CIV 9905 (PMH)

Dear Judge Halpern:

    I am writing in response to Plaintiff's opposition to Defendant's Motion to Quash which was filed Friday evening, June 28th. I am respectfully requesting additional time until tomorrow end of business to file a Reply on behalf of Defendant to Plaintiff's Opposition to the Motion to Quash.

    I have been in contact with Plaintiff's counsel, Art Middlemiss, Esq., and he consents to this request.

    Thank you for your consideration.

                                                                      Respectfully,

                                                                    *Michael K. Burke*
                                                                    Michael K. Burke