UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMAN SOUDANI,<br><br>                Plaintiff,<br><br>    -v-<br><br>MOUT'Z SOUDANI,<br><br>                Defendant. | **ORDER**<br><br>23-CV-09905 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court held an in-person discovery conference on July 24, 2024. All parties appeared. As stated more fully on the record, the Court made the following rulings:

1. Defendant's Second Motion to Quash Plaintiff's Subpoena to Walden Savings Bank (Doc. 67) is DENIED.

2. Plaintiff's Motion Regarding the Designation of Confidential Material Under the Stipulated Confidentiality Agreement and Protective Order (Doc. 58) is GRANTED. The documents attached as Exhibit A to the Declaration of Arthur D. Middlemiss (Doc. 63-1) are not protected as confidential under the terms of the Stipulated Confidentiality Agreement and Protective Order.

3. The parties' request for an extension to the discovery deadlines is GRANTED. The parties are directed to file, by July 31, 2024, a proposed Amended Civil Case Discovery Plan and scheduling Order setting forth the new discovery deadlines.

The Clerk of Court is respectfully directed to terminate the motions pending at Doc. 58 and Doc. 67. See transcript.

**SO ORDERED.**

Dated: White Plains, New York
July 24, 2024

_____
PHILIP M. HALPERN
United States District Judge