# EXHIBIT A

| | |
|---|---|
| Number of participants | 2 |
| Participants | ~~●●●●●●●●●●●●●●●●●●●●~~<br>~~9●●●●●●●●●●●●●●●●●●●●~~ |
| Number of messages | 4 |
| First message sent date/time | January 20, 2023 10:12:24 AM |
| Last message sent date/time | January 20, 2023 4:43:14 PM |

**Confidential Information Governed by
Protective Order**

MS1679

| | |
|---|---|
| Number of participants | 2 |
| Participants | ~~████████~~ <br> ~~████████~~ |
| Number of messages | 7 |
| First message sent date/time | November 07, 2022 4:53:11 AM |
| Last message sent date/time | November 07, 2022 6:47:29 PM |

**Confidential Information Governed by
Protective Order**

MS1595

Confidential Information Governed by
Protective Order

MS1596

| Number of participants | 2 |
|---|---|
| Participants | ███████████ |
| | ███████████ |
| Number of messages | 2 |
| First message sent date/time | May 06, 2023 9:58:11 AM |
| Last message sent date/time | May 06, 2023 10:33:41 AM |

**Confidential Information Governed by Protective Order**

MS1756