UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMAN SOUDANI,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>-against-<br><br>MOUT'Z SOUDANI,<br><br>Defendant and Counterclaim-Plaintiff. | Case No.: 23-cv-9905 (PMH) (AEK)<br><br>**NOTICE OF MOTION TO COMPEL TESTIMONY OF AND PRODUCTION OF DOCUMENTS BY NON-PARTY STEWART ROSENWASSER AT DEPOSITION** |

PLEASE TAKE NOTICE that Plaintiff and Counterclaim-Defendant Eman Soudani ("Plaintiff"), through her undersigned attorneys, respectfully moves this Court for an Order compelling non-party Stewart Rosenwasser to appear, testify, and produce documents at a deposition to be held within two (2) weeks of the date of this Motion, or, in the alternative, holding Rosenwasser in contempt in accordance with Fed. R. Civ. P. Rule 45(g), and for such other and further relief as the Court deems just and proper, including but not limited to an award of attorneys' fees and costs. In support, and filed herewith, Plaintiff submits her Memorandum of Law and the Declaration of Arthur D. Middlemiss and exhibits thereto, each dated September 16, 2024.

Dated:   New York, New York
         September 16, 2024

/s/ Arthur D. Middlemiss
Arthur D. Middlemiss
Arthur.Middlemiss@lbkmlaw.com
Marc Scholl
Marc.Scholl@lbkmlaw.com
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
10 Grand Central, 155 E. 44th Street, 25th Fl.
New York, NY 10017
Telephone: (212) 826-7001
Facsimile: (212) 826-7146

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this 16th day of September, 2024, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system.  I further certify that I caused a copy of the foregoing to be served via overnight mail to Stewart Rosenwasser at his home address in Campbell Hall, NY, 10916, and a courtesy copy of the same to be sent via email to Mr. Benjamin Allee, Mr. Rosenwasser's attorney.

      By: /s/ Arthur D. Middlemiss
      Arthur D. Middlemiss