# EXHIBIT A

# CURRICULUM VITAE

| | | |
|---|---|---|
| Name: | Stewart A. Rosenwasser | |
| Education: | 1970 | Valley Central High School |
| | 1974 | University of Colorado, BA with Distinction |
| | 1977 | Albany Law School, JD *Cum Laude* |

Academic Honors:
- National Honor Society - Valley Central High School
- Phi Beta Kappa - University of Colorado
- Justinian Society - Albany Law School
- Albany Law Review - Notes Editor
- Legal Research and Writing Instructor - Albany Law School

Legal Experience:

| | |
|---|---|
| 1974-77 | Law Clerk - Albany County District Attorney's Office, Albany, NY |
| 1977-78 | Associate - McLung, Peters & Simon, Albany, NY |
| 1978-80 | Assistant District Attorney, Orange County District Attorney's Office, Goshen, NY |
| 1980-83 | Associate - Finkelstein, Mauriello, Kaplan & Levine, Newburgh, NY |
| 1983-99 | Law Office of Stewart A. Rosenwasser |
| 2000-06 | Orange County Court Judge and Acting Supreme Court Justice |
| 2006-11 | Partner - Ostrer Rosenwasser, LLP |
| 2011-19 | Rosenwasser Law, PC |
| 2012-18 | Special Referee for State of New York Grievance Committee for the Ninth Judicial District |
| 2015-19 | Referee for State of New York Commission on Judicial Conduct |
| 7/19 to present | Orange County District Attorney's Office, Executive Assistant District Attorney |

Awards:

| | |
|---|---|
| 10/2023 | Arson Prosecutor of the Year, International Association of Arson Investigators, New York Chapter 23 |