# EXHIBIT D

Case 7:23-cv-09905-PMH     Document 93-4     Filed 09/16/24     Page 1 of 14

| Number of participants | 2 |
|---|---|
| Participants | Rossenwasser Stew |
| | |
| Number of messages | 15 |
| First message sent date/time | November 10, 2022 9:19:45 AM |
| Last message sent date/time | November 10, 2022 3:16:40 PM |

**Rossenwasser Stew**  November 10, 2022 9:19:45 AM

I want to talk to you around 1:00. Will you be available. Maybe meet 1/2 way.

**Rossenwasser Stew**  November 10, 2022 10:56:40 AM

Any problem meeting with me?

November 10, 2022 10:59:46 AM

No just tell me what time

November 10, 2022 11:00:26 AM

Where to meet

**Rossenwasser Stew**  November 10, 2022 11:01:08 AM

Any suggestions?

November 10, 2022 11:01:46 AM

No where ever you say is fine

**Rossenwasser Stew** — November 10, 2022 11:13:44 AM

Can you meet me at Goshen Diner? Is it too far for you?

November 10, 2022 11:20:11 AM

No problem i will be there 1 pm

**Rossenwasser Stew** — November 10, 2022 11:57:00 AM

Ok

November 10, 2022 12:53:31 PM

Iam parked in front of the entrance door

**Rossenwasser Stew** — November 10, 2022 12:55:42 PM

Come inside. I'm at 1st table on right.

November 10, 2022 2:46:18 PM

The thing is ready in the mail box also iam very sure that i put over one and a half million it did not show on key bank because i asked for two years of print out and it goes back further trust me i remember everything vividly thanks 🙏

**Rossenwasser Stew** — November 10, 2022 2:49:25 PM

Can you get me the the rest of them?

Confidential Information Governed by Protective Order

MS1605

**Rossenwasser Stew**  November 10, 2022 2:52:36 PM

What year was account opened?

November 10, 2022 3:16:40 PM

Yes but send me the first page with the name and number of the account i will do it tomorrow

**Confidential Information Governed by Protective Order**

MS1606

| Number of participants | 2 |
|---|---|
| Participants | ▆▆▆▆ Rossenwasser Stew |
| | ▆▆▆▆▆▆▆▆▆▆ |
| Number of messages | 1 |
| First message sent date/time | December 20, 2022 11:17:03 AM |
| Last message sent date/time | December 20, 2022 11:17:03 AM |

▆▆▆▆▆▆▆▆▆▆▆▆  **December 20, 2022 11:17:03 AM**

God bless you you think of everything the perfect man for the job iam going to remember that

Confidential Information Governed by Protective Order

MS1655

| | |
|---|---|
| Number of participants | 2 |
| Participants | ▮▮▮▮ Rossenwasser Stew <br> ▮▮▮▮▮▮▮▮ |
| Number of messages | 6 |
| First message sent date/time | December 23, 2022 1:59:32 PM |
| Last message sent date/time | December 23, 2022 6:39:50 PM |

**▮▮▮▮▮▮▮▮**  December 23, 2022 1:59:32 PM

Hi and happy holidays i wish and your family the best of the best by the way any thing with the wallets

**▮▮▮▮ Rossenwasser Stew**  December 23, 2022 3:26:00 PM

I will speak to you this weekend. We have body cam video of his arrest. Full layout of house etc. all good for the search warrant.

**▮▮▮▮ Rossenwasser Stew**  December 23, 2022 3:28:01 PM

I'm going to go into grand jury as soon as I receive your certified bank records. I have arranged an audit of all the electronic transfers.

**▮▮▮▮ Rossenwasser Stew**  December 23, 2022 3:40:09 PM

I am planning on going to Colorado for the search and to interview. I think when Eman sees me, it's over.

**▮▮▮▮▮▮▮▮**  December 23, 2022 4:35:06 PM

You are 100% right and i give my word at the end you will be extremely more than happy god bless you you the only man who could do this

Confidential Information Governed by Protective Order

MS1656

**December 23, 2022 6:39:50 PM**

Please i have to meet with you wherever you say for five minutes before you leave to Colorado thanks

Confidential Information Governed by
Protective Order

MS1657

| Number of participants | 2 |
|---|---|
| Participants | Rossenwasser Stew |
| Number of messages | 9 |
| First message sent date/time | December 26, 2022 8:06:11 AM |
| Last message sent date/time | December 26, 2022 3:24:54 PM |

**Rossenwasser Stew** — December 26, 2022 8:06:11 AM

You home this am?

**Rossenwasser Stew** — December 26, 2022 9:09:38 AM

Or around today?

December 26, 2022 11:51:57 AM

Tell me what time and i will be waiting for you

**Rossenwasser Stew** — December 26, 2022 11:52:40 AM

You around this afternoon? Around 2:00?

December 26, 2022 11:56:58 AM

I will be waiting no problem

**December 26, 2022 3:02:35 PM**

If you said the $700.000 is in my name why can't I just take it to my bank it's mine please explain thanks

**Rossenwasser Stew**   **December 26, 2022 3:15:16 PM**

You don't have the user ID and password

**December 26, 2022 3:20:46 PM**

I got you

**December 26, 2022 3:24:54 PM**

Now with my son Marty Sicilian head and Martin brain washing ability and conman ability maybe they concoct something they both very smart and dangerous

Confidential Information Governed by Protective Order

MS1659

| | |
|---|---|
| Number of participants | 2 |
| Participants | ███ Rossenwasser Stew<br>████████ |
| Number of messages | 4 |
| First message sent date/time | January 20, 2023 10:12:24 AM |
| Last message sent date/time | January 20, 2023 4:43:14 PM |

**January 20, 2023 10:12:24 AM**

Iam thinking about you how you handle things you not just smart you are a genius and tuff as nails with your calm voice and that smile on your face you could go through steel i honestly new that about you but you have surpassed my expectations by far and the most genius thing you doing is you going to Denver personally i would never thought of that you leaving no chance to any wholes or mistakes you are in full control of things i have nothing but love ❤️ and respect for you iam very smart guy with an accent but you are impressing the hell out of me and i really know in the bottom of your heart you also protecting me you don't want any harm to come to me just in case even though we both know iam clean as a whistle you know me for 40 years and iam still working iam a money machine loyalty to both of us comes before religion this the first time i ever put someone else next to me when comes to loyalty and between us Ozman can't shine your shoes 👞 on his best days but i just happened that i love the guy like son i always did i spoke to you to day from the heart i love you please don't get mad i had to say what i said because this is who iam its hard to change

**Rossenwasser Stew** — January 20, 2023 10:56:58 AM

Thank for that

**Rossenwasser Stew** — January 20, 2023 4:43:04 PM

I will always protect you.

**Rossenwasser Stew** — January 20, 2023 4:43:14 PM

And help you

Confidential Information Governed by Protective Order

MS1679

| | |
|---|---|
| Number of participants | 2 |
| Participants | ▮▮▮ Rossenwasser Stew <br> ▮▮▮ |
| Number of messages | 6 |
| First message sent date/time | January 23, 2023 8:43:38 AM |
| Last message sent date/time | January 23, 2023 5:31:42 PM |

**▮▮▮ Rossenwasser Stew**  January 23, 2023 8:43:38 AM

I want you to call investigator Vincent Spampinato. I want him to meet and compile a report about everything that happened. This will provide background directly from you for the search warrant. His number in (▮▮▮▮▮▮▮ Call him. He's around today. You can meet in the office. I'm out today. He's a good guy.

**▮▮▮**  January 23, 2023 9:39:45 AM

Ok you got it

**▮▮▮ Rossenwasser Stew**  January 23, 2023 12:36:51 PM

Did you speak with him?

**▮▮▮**  January 23, 2023 12:43:12 PM

Yes iam waiting for him in Newburgh out side Sc office on Broadway parked waiting for him to see me any instructions

Confidential Information Governed by Protective Order

MS1680

**January 23, 2023 4:17:24 PM**

So he has two accounts out side the country so what Martin thinks now if the account are large enough so it pays for him to take of and call it a day so as i think you have to freeze his passport so he can't leave the country also you have to complicate his mother so he will know it's not only him but his mother they come out together or drawn together now the only way to get to those accounts is through him or his computer so the charges has to scare the shit out of him you to solve this problem through him even though the FBI is going to be involved but the best way to solve the problem is through him when you arrest him what are the countries that we talking about i know you already ahead of me the guy said there is no better man than you for this job

**Rossenwasser Stew**   **January 23, 2023 5:31:42 PM**

I will call you tomorrow. We must stop creating test messages. Period.

Confidential Information Governed by
Protective Order

MS1681

| Number of participants | 2 |
|---|---|
| Participants | ▇▇▇ Rossenwasser Stew |
| | ▇▇▇▇▇▇▇ |
| Number of messages | 3 |
| First message sent date/time | March 07, 2023 2:59:51 AM |
| Last message sent date/time | March 07, 2023 8:45:24 AM |

**March 07, 2023 2:59:51 AM**

I wish you will have some recordings for the arrest i want to see them humiliated specially him bye the way i went to the good well church i made a prayer for you and let a candle the best of luck as i told you i can't sleep my stomach is full of butterflies

**Rossenwasser Stew**  March 07, 2023 5:31:46 AM

You will be able to see body camera footage.

**March 07, 2023 8:45:24 AM**

Yes please

.

Confidential Information Governed by Protective Order

MS1731

| Number of participants | 2 |
| --- | --- |
| Participants | ▮▮▮▮ Rossenwasser Stew <br> ▮▮▮▮▮▮▮▮ |
| Number of messages | 2 |
| First message sent date/time | May 06, 2023 9:58:11 AM |
| Last message sent date/time | May 06, 2023 10:33:41 AM |

▮▮▮▮▮▮▮▮      May 06, 2023 9:58:11 AM

What time you think 🤔

▮▮▮▮▮▮▮▮      May 06, 2023 10:33:41 AM

Number one my phone is clean everything that was bad is turned off or completely completely taken out when i call you it's going to voicemail i have no other way to contact you except with text i don't know what you doing i want to start my day i have things to do please answer me

Confidential Information Governed by Protective Order

MS1756