

Arthur D. Middlemiss
212 822 0129
arthur.middlemiss@lbkmlaw.com

September 25, 2024

**VIA ECF**

Hon. Philip M. Halpern
U.S. District Court of the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

          **Re:** *Soudani v. Soudani*, **Case No. 23-cv-9905 (S.D.N.Y.) (PMH) (AEK)**

Your Honor:

      We represent Plaintiff and Counterclaim-Defendant Eman Soudani ("Plaintiff"). On September 16, 2024, we filed a Motion to Compel Testimony of and Production of Documents by Non-Party Stewart Rosenwasser at Deposition (ECF Nos. 91-93) (the "Motion").

      On September 24, 2024, we were informed that Mr. Rosenwasser killed himself while being taken into custody by federal law enforcement authorities.

      In light of this tragic development, we respectfully request that the Motion be withdrawn.

                                                    Respectfully submitted,

                                                    Arthur D. Middlemiss

CC: All parties of record (via ECF)