**Lewis Baach Kaufmann Middlemiss PLLC**

September 25, 2024

<u>VIA ECF</u>

Hon. Philip M. Halpern
U.S. District Court of the Southern District
300 Quarropas Street
White Plains, NY 10601

> Application granted. The Clerk of Court is respectfully directed to terminate the motions pending at Doc. 91 and Doc. 94.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             September 25, 2024

        **Re:** *Soudani v. Soudani*, **Case No. 23-cv-9905 (S.D.N.Y.) (PMH) (AEK)**

Your Honor:

    We represent Plaintiff and Counterclaim-Defendant Eman Soudani ("Plaintiff"). On September 16, 2024, we filed a Motion to Compel Testimony of and Production of Documents by Non-Party Stewart Rosenwasser at Deposition (ECF Nos. 91-93) (the "Motion").

    On September 24, 2024, we were informed that Mr. Rosenwasser killed himself while being taken into custody by federal law enforcement authorities.

    In light of this tragic development, we respectfully request that the Motion be withdrawn.

                                                                              Respectfully submitted,

                                                                              Arthur D. Middlemiss

CC:   All parties of record (via ECF)