

Arthur D. Middlemiss
212 822 0129
arthur.middlemiss@lbkmlaw.com

December 16, 2024

**VIA ECF**

Hon. Philip M. Halpern
U.S. District Court of the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Soudani v. Soudani*, Case No. 23-cv-9905 (S.D.N.Y.) (PMH) (AEK)

Your Honor:

We represent Plaintiff and Counterclaim-Defendant Eman Soudani ("Plaintiff"). Pursuant to Your Honor's Order and directions on October 16, 2024 (ECF No. 105), the Parties and the Government hereby submit a joint letter update on the status of the criminal action in *United States v. Mout'z Soudani*, No. 24-cr-555 (S.D.N.Y.).

The criminal proceeding remains active. The next court appearance is scheduled for January 23, 2025 at 10:15 a.m.

Thank you for your attention to this matter.

Sincerely,

Arthur D. Middlemiss

CC: All parties of record (via ECF)

10 Grand Central | 155 East 44th Street, 25th Floor | New York, NY 10017 | t 212 826 7001 | f 212 826 7146

NEW YORK   WASHINGTON   LONDON

lbkmlaw.com