

Arthur D. Middlemiss
212 822 0129
arthur.middlemiss@lbkmlaw.com

February 14, 2025

**VIA ECF**

Hon. Philip M. Halpern
U.S. District Court of the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re: *Soudani v. Soudani*, Case No. 23-cv-9905 (S.D.N.Y.) (PMH) (AEK)

Your Honor:

      We represent Plaintiff and Counterclaim-Defendant Eman Soudani ("Plaintiff"). Pursuant to Your Honor's Order and directions on October 16, 2024 (ECF No. 105), the Parties and the Government hereby submit an update on the status of the criminal action in *United States v. Mout'z Soudani*, No. 24-cr-555 (S.D.N.Y.).

      The criminal proceeding remains active. The next court appearance is scheduled for March 14, 2025 at 10:45 a.m.

      Thank you for your attention to this matter.

      Sincerely,

      Arthur D. Middlemiss

CC:  All parties of record (via ECF)