IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMAN SOUDANI,<br><br>                              Plaintiff,<br><br>   -against-<br><br>MOUT'Z SOUDANI,<br><br>                              Defendant. | Civil Action Number<br>7:23-cv-09905-PMH<br><br>STIPULATION OF<br>DISCONTINUANCE |

      WHEREAS Plaintiff EMAN SOUDANI has commenced this action against Defendant MOUT'Z SOUDANI;

      WHEREAS Defendant MOUT'Z SOUDANI has appeared in the action and filed counterclaims against EMAN SOUDANI; and

      WHEREAS the appearing parties have resolved all claims and counterclaims, in the instant action by the execution of a Settlement Agreement and compliance with all terms thereof;

      IT IS HEREBY STIPULATED AND AGREED as follows:

1. Any and all complaints, counterclaims, crossclaims, or third party claims if any, which were raised or could have been raised in the instant action, are hereby dismissed with prejudice and without costs; and

2. This Stipulation of Dismissal may be executed in counterparts and/or by electronic or facsimile signature, which counterparts shall constitute one original document.

Dated: May 22, 2025

_____
Arthur D. Middlemiss, Esq.
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
155 East 44th Street, 25th Floor
New York, New York 10017
Tel.:   (212) 826-7001
Email: arthur.middlemiss@lbkmlaw.com
*Attorneys for Plaintiff*


_____
Michael K. Burke, Esq.
HODGES WALSH & BURKE LLP
55 Church Street, Suite 211
White Plains, New York 10601
Tel.:   (914) 385-6000
Email: mburke@hwb-lawfirm.com
*Attorneys for Defendant*

SO ORDERED:

_____
HON. PHILIP M. HALPERN, U.S.D.J.

2. This Stipulation of Dismissal may be executed in counterparts and/or by electronic or facsimile signature, which counterparts shall constitute one original document.

Dated: May 21, 2025

/s/Arthur D. Middlemiss
Arthur D. Middlemiss, Esq.
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
155 East 44th Street, 25th Floor
New York, New York 10017
Tel.:   (212) 826-7001
Email: arthur.middlemiss@lbkmlaw.com
*Attorneys for Plaintiff*

Michael K. Burke, Esq.
HODGES WALSH & BURKE LLP
55 Church Street, Suite 211
White Plains, New York 10601
Tel.:   (914) 385-6000
Email: mburke@hwb-lawfirm.com
*Attorneys for Defendant*

SO ORDERED:

_____
HON. PHILIP M. HALPERN, U.S.D.J.

Dated: White Plains, New York
May 27, 2025